# Exhibit 2

To Named Defendant:

        JUÁREZ CARTEL, a/k/a VICENTE CARRILLO FUENTES ORGANIZATION (a/k/a "CFO"), a/k/a LA LÍNEA

IN THE UNITED STATES DISTRICT COURT FOR NORTH DAKOTA, *Howard Miller, et al. v. Juárez Cartel*, Case No. 1:20-cv-00132-DMT-CRH, Judge Daniel M. Traynor issued an order for service by publication on --DATE---. It was ordered that notice of the above-captioned action should be published in Spanish in a national newspaper in Mexico once a week for six weeks and should also be published online for six weeks by Global Legal Notices LLC.

Notice is hereby served on Defendant listed above. Defendant is hereby summoned and required to serve upon The Clerk of the Court, United States District Court for North Dakota, 655 1st Ave. North, #130, Fargo, ND 58102-4932, an Answer to the Complaint within twenty-one (21) days after service of the summons, exclusive of the day of service. If Defendant fails to do so, judgment by default may be taken against the Defendant for the relief demanded in the Complaint. The Complaint was filed for violations of 18 U.S.C. § 2333 constituting acts of international terrorism; assault and battery; wrongful death; survival actions; negligent and/or intentional infliction of emotional distress; and loss of consortium.

This notice as well as the complaint and summonses are posted on the website http://lamoralawsuit.com.

**BORRADOR DE NOTIFICACIÓN LEGAL PROPUESTA**

Al Demandado nombrado:

>CÁRTEL DE JUÁREZ, alias ORGANIZACIÓN VICENTE CARRILLO FUENTES (alias "OVCF"), alias LA LÍNEA

ANTE EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA DAKOTA DEL NORTE, *Howard Miller, et al. c. Cártel de Juárez*, Caso núm. 1:20-cv-00132-DMT-CRH; el juez Daniel M. Traynor dictó una orden de notificación por edicto el -- FECHA ---, ordenando que Global Legal Notices LLC publique en español la notificación del caso de epígrafe en un periódico nacional de México una vez por semana durante seis semanas, y también en línea durante seis semanas.

Por medio de la presente, se realiza la notificación al Demandado arriba indicado. Asimismo, se cita al Demandado y se le exige presentar una Contestación a la Demanda ante el Secretario del Tribunal, dirigida a The Clerk of the Court, United States District Court for North Dakota, 655 1st Ave. North, #130, Fargo, ND 58102-4932, en un plazo de 21 (veintiún) días desde de la notificación de la citación, sin incluir el día de la notificación. Si el Demandado no lo hace, se podrá dictar una sentencia en rebeldía contra el Demandado por la reparación solicitada en la Demanda. La Demanda fue interpuesta por violaciones de la Sección 2333 del Título 18 del Código de Estados Unidos (18 U.S.C. § 2333), que constituyen actos de terrorismo internacional; agresión con lesiones; homicidio culposo; acciones de los sobrevivientes; causación dolosa o negligente de sufrimiento psicológico y pérdida de consorcio.

Tanto esta notificación como la demanda y las citaciones se encuentran publicadas en el sitio web: http://lamoralawsuit.com.



**T** 718 384 8040
**F** 718 388 3516
**E** info@targemtranslations.com
**W** TargemTranslations.com

**CERTIFIED TRANSLATION**

I, Wolf Markowitz, Manager at Targem Translations, Inc., located at 143 Rodney Street in Brooklyn, New York, a language service with a firm track record of providing expert language services to the business and legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders are professionally trained and vastly experienced in providing professional translations, from English into Mexican Spanish and vice versa; and they have professionally translated the document referenced as "Legal Notice – Case No. 1:20-cv-00123-DMT-CRH" from English into Mexican Spanish, faithfully, accurately and completely, to the best of their expertise and experience.

Date: August 20, 2020

_____
Wolf Markowitz

_____
Notary

ROCHAL WEISS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01WE6293785
Qualified in Kings County
My Commission Expires 12-16-2021

**TARGEM TRANSLATIONS**
143 Rodney Street, Brooklyn, NY 11211