# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Howard J. Miller, et al. | Court File No. 1:20-cv-00132 |
| Plaintiffs, | |
| vs. | **CONSENT IN SUPPORT OF MOTION FOR CONSOLIDATION** |
| Juárez Cartel, et al. | |
| Defendants. | |

THIS MATTER, coming before the Court on the application of Plaintiffs Howard Miller, et al. in Case No. 1:20-cv-00132 by their counsel for the consolidation of the above-captioned actions, is consented to by Plaintiffs David Langford et al. in Case No. 1:20-cv-00159 before this Court.

Plaintiffs David Langford et al., by their counsel, consent to the consolidation of their case into Howard Miller et al. v. Juarez Cartel, et al., United States District of North Dakota Case No. 1:20-cv-00132.

Dated this 21st day of September 2020.

ROBINS KAPLAN LLP

By: _____

Timothy Q. Purdon, ND #05392
1207 West Divide Avenue, Suite 200
Bismarck, ND 58501
701-255-3000
TPurdon@RobinsKaplan.com

90933727.1

BALLARD SPAHR LLP

Henry E. Hockeimer, Jr. (*pro hac vice*)
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
215-665-8500
HockeimerH@BallardSpahr.com

Jacey Skinner (*pro hac vice*)
BALLARD SPAHR LLP
201 South Main Street #800
Salt Lake City, Utah 84111
801-531-3000
SkinnerJ@BallardSpahr.com

Mark S. Kokanovich (*pro hac vice*)
Jillian L. Andrews (*pro hac vice*)
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004
602-798-5400
KokanovichM@BallardSpahr.com
AndrewsJ@BallardSpahr.com

*Attorneys for Plaintiffs David Langford, et al., in Case No. 1:20-cv-00159 before this Court*