**JR LANGUAGE**
TRANSLATION SERVICES, INC.

P: 585.935.7144 • F: 585.486.1033 • 2112 Empire Blvd. Suite 1C • Webster, New York 14580 • WWW.JRLANGUAGE.COM

# <u>CERTIFICATE OF ACCURACY</u>
# <u>CERTIFICADO DE FIDELIDAD</u>

This is to **<u>CERTIFY</u>** that the translation from <u>English</u> into <u>Spanish</u> is a true, accurate and faithful representation of the original that was submitted, to the best of our translator's training and ability, who is fluent in the language and qualified to translate.

Por la presente **<u>CERTIFICO</u>** que esta es una traducción del <u>inglés</u> al <u>español</u> completa y fiel del original del documento recibido, efectuada de acuerdo al conocimiento y preparación de nuestro traductor quien tiene dominio del idioma y está capacitado para traducir.

To which we set our hand and seal
En constancia de lo cual firmo y sello este Certificado.

_____

Yuisa Gonzalez-Rivera
Date:     10-07-2020
Fecha:   07-10-2020



**JR Language Translations, Inc.**
Member of the American Translators Association No. **259340**

A los Demandados mencionados:

CARTEL DE JUÁREZ, LA LÍNEA, Y JOHN DOES I-LX

EN EL TRIBUNAL FEDERAL DE PRIMERA INSTANCIA POR EL DISTRITO DE DAKOTA DEL NORTE, en la causa *Langford et al v. Cartel de Juárez et al*, Caso Nro. 20-CV-00132-DMT-CRH, un juez federal de primera instancia de los Estados Unidos dictó una orden de notificación para su publicación en \_\_\_\_\_, de 2020. Se ordenó que la notificación del juicio antes mencionado debería publicarse en español en un periódico nacional de México una vez por semana durante seis semanas y también debería publicarse por Internet durante seis semanas a través de Global Legal Notices LLC.

Por la presente se le corre traslado al Demandado mencionado más arriba, y se los cita y se les requiere notificar al Secretario del Juzgado, del Tribunal Federal de Primera Instancia por el Distrito de Dakota del Norte, sito en 655 1st Avenue North, #130 Fargo, North Dakota 58102, una Contestación de la Demanda dentro de los veintiún (21) días posteriores a la notificación de esta citación, sin contar el día del traslado de la notificación. Si el Demandando omitiere hacerlo, se podrá dictar una sentencia en rebeldía en contra del Demandado por el resarcimiento pretendido en la Demanda. Se inició y presentó la Demanda por las violaciones al artículo 2333 del Título 18 del Código de los Estados Unidos (18 U.S.C. § 2333) en cuanto constituyen actos de terrorismo internacional; agresiones y lesiones; homicidio simple; acciones subsistentes post-mortem; imposición culposa y/o dolosa de angustia emocional; y pérdida del consorcio familiar y conyugal.

La notificación, así como también la Demanda y las respectivas citaciones se publican en el sitio web \_\_\_\_\_.

To Named Defendants:

JUAREZ CARTEL, LA LINEA, AND JOHN DOES I-LX

IN THE UNITED STATES DISTRICT COURT FOR NORTH DAKOTA, *Langford et al v. Juarez Cartel et al*, Case No. 20-CV-00132-DMT-CRH, a United States District Court judge issued an order for service by publication on ____, 2020. It was ordered that notice of the above-captioned action should be published in Spanish in a national newspaper in Mexico once a week for six weeks and should also be published online for six weeks by Global Legal Notices LLC.

Notice is hereby served on Defendant listed above, and Defendant is hereby summoned and required to serve upon the Clerk of Court, United States District Court for the District of North Dakota, 655 1st Avenue North, #130 Fargo, North Dakota 58102, an Answer to the Complaint within twenty-one (21) days after service of the summons, exclusive of the day of service. If Defendant fails to do so, judgment by default may be taken against the Defendant for the relief demanded in the Complaint. The Complaint was filed for violations of 18 U.S.C. § 2333 constituting acts of international terrorism; assault and battery; wrongful death; survival actions; negligent and/or intentional infliction of emotional distress; and loss of consortium.

The notice, as well as the Complaint and summonses are posted on the website _____.