UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Howard J. Miller, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>Juárez Cartel, a/k/a Vicente Carillo Fuentes Organization (a/k/a "CFO"), a/k/a La Linea,<br><br>    Defendants. | Court File No. 20-cv-00132-DMT-CRH<br><br>**DECLARATION OF MARK S. KOKANOVICH** |

I, Mark S. Kokanovich, declare as follows:

1. I am a member of the law firm Ballard Spahr LLP and serve as counsel to the Langford Plaintiffs in this action. I am admitted *pro hac vice* before this Court.

2. On October 28, 2020, the Court granted Plaintiffs' Motion for service by publication. (Dkt. 19).

3. Pursuant to the Court's Order, I directed the publication of a certified Spanish translation of the Notice approved by the Court. This Notice is attached hereto as Exhibit 1.

4. The Notice directs readers to the website www.lamoralitigation.com. Pursuant to the Court's October 28 Order, I directed the creation of said website, where the Complaint and Summons are posted and accessible to the general public.

5. Pursuant to the Court's October 28 Order, the Notice was published for six consecutive weeks in *El Informador*, a Mexican newspaper. Proof of publication is attached hereto as follows: November 19 (Ex. 2), November 24 (Ex. 3), December 1 (Ex. 4), December 8 (Ex. 5), December 15 (Ex. 6), and December 22 (Ex. 7).

6. Pursuant to the Court's October 28 Order, I also directed online publication of the Notice for six consecutive weeks on Global Legal Notices, an online international service provider.  Proof of publication is attached hereto as Exhibit 8, in the form of the Affidavit of Nelson Tucker and its attached images of the published Notice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 31st, 2020.

BALLARD SPAHR LLP

By: */s/ Mark S. Kokanovich*