# Exhibit 1

A los Demandados mencionados:

CARTEL DE JUÁREZ, LA LÍNEA, Y JOHN DOES I-LX

EN EL TRIBUNAL FEDERAL DE PRIMERA INSTANCIA POR EL DISTRITO DE DAKOTA DEL NORTE, en la causa *Langford et al v. Cartel de Juárez et al*, Caso Nro. 20-CV-00132-DMT-CRH, un juez federal de primera instancia de los Estados Unidos dictó una orden de notificación para su publicación en el 28 de octubre, de 2020. Se ordenó que la notificación del juicio antes mencionado debería publicarse en español en un periódico nacional de México una vez por semana durante seis semanas y también debería publicarse por Internet durante seis semanas a través de Global Legal Notices LLC.

Por la presente se le corre traslado al Demandado mencionado más arriba, y se los cita y se les requiere notificar al Secretario del Juzgado, del Tribunal Federal de Primera Instancia por el Distrito de Dakota del Norte, sito en 655 1st Avenue North, #130 Fargo, North Dakota 58102, una Contestación de la Demanda dentro de los veintiún (21) días posteriores a la notificación de esta citación, sin contar el día del traslado de la notificación. Si el Demandando omitiere hacerlo, se podrá dictar una sentencia en rebeldía en contra del Demandado por el resarcimiento pretendido en la Demanda. Se inició y presentó la Demanda por las violaciones al artículo 2333 del Título 18 del Código de los Estados Unidos (18 U.S.C. § 2333) en cuanto constituyen actos de terrorismo internacional; agresiones y lesiones; homicidio simple; acciones subsistentes post-mortem; imposición culposa y/o dolosa de angustia emocional; y pérdida del consorcio familiar y conyugal.

La notificación, así como también la Demanda y las respectivas citaciones se publican en el sitio web www.lamoralitigation.com.