# Exhibit 2

# PANORAMA LOCAL

**ELECCIONES 2021** "COMPLICAN POSTULAR A MUJERES": MARA ROBLES

## Diputada exige marcha atrás en lineamientos de paridad

- La legisladora afirma que lo avalado contradice a la Constitución Mexicana
- Exige a los consejeros reflexionar lo aprobado y modificar el acuerdo

Tras afirmar que son inconstitucionales, la diputada por Movimiento Ciudadano (MC), Mara Robles Villaseñor, pidió a los partidos políticos que impugnen los lineamientos sobre paridad aprobados por el Instituto Electoral y de Participación Ciudadana (IEPC) del Estado.

La legisladora destacó que el esquema avalado, que incluye dividir a los municipios en seis bloques según rentabilidad para cada partido y por población, contradice lo dispuesto en la Constitución Mexicana y en la Ley General de Partidos Políticos para alentar la paridad en la postulación de mujeres a cargos de elección.



**Mara Robles,** diputada por Movimiento Ciudadano.

Pidió a los consejeros electorales reflexionar lo que aprobaron y modificar el acuerdo. También solicitó a mujeres que actualmente ocupan cargos públicos que ofrezcan no optar a la reelección hasta que cambie el criterio.

Sostuvo que no se busca asegurar un puesto o nombrar a una mujer sólo por su género, sino que se abran espacios e igualdad de condiciones y alentar la participación de perfiles que existen de empresarias, académicas y activistas, con la preparación para asumir cualquier puesto público.

"Las mujeres no somos ni mejores ni peores que los hombres. Hay mujeres honestas y corruptas como los hombres. Que las mujeres tenemos menos experiencia en el ejercicio del poder, claro, porque tenemos siglos relegadas a otras tareas".

Robles Villaseñor concluyó que buscará el respaldo del resto de sus compañeras diputadas y de los diputados que quieran sumarse para fijar una postura en contra de los lineamientos que, insistió, complican la postulación de mujeres.



**PAGADAS.** Alberto Esquer afirma que las máquinas ya retribuyeron tres mil 800 MDP. ESPECIAL

### GLOSA POR EL SEGUNDO INFORME DE GOBIERNO

## "A Toda Máquina ya se costeó": Sader

La inversión en el arrendamiento de equipos del programa A Toda Máquina ya se costeó con la cantidad de acciones realizadas, aseguró el secretario de Agricultura y Desarrollo Rural, Alberto Esquer.

En su comparecencia ante diputados, argumentó que los trabajos hechos con la maquinaria rentada valen más de tres mil 800 millones de pesos (MDP), monto que, afirmó, supera ya el costo total que se erogará en el esquema para contratar los equipos.

"El programa, a lo largo del sexenio, va a costar poquito más de tres mil 600 MDP, y al corte, en dos años, las acciones que han hecho las máquinas en todo el territorio ya rebasan los tres mil 800 millones. Las máquinas, en dos años y ya con obras en todos los municipios, ya fueron pagadas".

### REACCIÓN AL IPEJAL

## Zapopan no dará permisos para la Villa Panamericana

Luego de que el director del Instituto de Pensiones del Estado (Ipejal), Iván Argüelles, aseguró que los departamentos en la Villa Panamericana están en venta y en posesión de inversores particulares, el Gobierno de Zapopan se deslindó de ello y aclaró que no se hará responsable de la venta de esas unidades.

Según el municipio, "los desarrolladores no han cumplido las condiciones para obtener la habitabilidad del desarrollo" y "ni siquiera han iniciado el trámite". Reiteró que no se otorgará la habitabilidad y llamó a los interesados a no invertir en ese desarrollo, pues de ser así no podrán escriturar.

### COVID-19 EN PLATAFORMA

## Detectan rezago en cifras de contagios

Desde el 8 de noviembre, la Secretaría de Salud Jalisco (SSJ) ha detectado "inconsistencias" en los contagios que deberían notificarse a la plataforma federal desde el IMSS.

Vía comunicado, el Gobierno del Estado notificó que del 1 al 7 del mes el promedio de contagios era de 119, pero del 8 al 14 bajó a 46 y del 15 en adelante a 13.

La observación, dijo, "ya ha sido compartida con las autoridades involucradas, por lo que se espera que se realice el ajuste correspondiente".

---

## Las cosas no han terminado



Raymundo Riva Palacio
rrivapalacio@ejecentral.com.mx
twitter: @rivapa

### ESTRICTAMENTE PERSONAL

Aún no termina de reincorporarse el general Salvador Cienfuegos a su vida cotidiana en México, y ya brincan las dudas y preguntas: ¿qué negoció México en secreto con Estados Unidos para que se desistiera de las acusaciones contra el ex secretario de la Defensa? ¿irá a juicio? ¿tendrá impunidad? ¿encubrirá el gobierno lo que en Washington consideraban el caso más importante que mostraría cómo la corrupción estaba enraizada en México? ¿fue por esto que el presidente Andrés Manuel López Obrador no reconoció la victoria de Joe Biden? ¿Le hizo Donald Trump un último favor a López Obrador por los servicios prestados?

Todas entran en el terreno de las conjeturas por lo inédito del caso, pero no hubo negociación secreta porque a la jueza Carol Bagley Amon le pareció tan insólita la moción del Departamento de Justicia, que lo obligó a hacer públicos los acuerdos con México, aunque fuera del escrutinio público quedaron los argumentos mexicanos, más allá de la violación a la soberanía, que ahora sí reclamaron. Los detalles difundidos, sin embargo, son importantes al esbozar por un lado la amenaza mexicana de que se modificaría la cooperación en materia de seguridad si seguía el juicio, y por el otro, la posibilidad de que vuelvan a acusar al general Cienfuegos en Estados Unidos. Ello dependerá a que, como se comprometió México, lo investiguen y lo procesen.

La negociación comenzó antes de las elecciones presidenciales del 2 de noviembre, según fuentes diplomáticas mexicanas, y se fue construyendo hasta concluir, de acuerdo con el secretario de Relaciones Exteriores, Marcelo Ebrard, el 11 de noviembre, cuando el Departamento de Justicia envió el expediente del general que contiene 743 páginas –no se sabe si enviarán los anexos con la evidencia que dicen tener de "miles de mensajes" y llamadas telefónicas de narcotraficantes que inculpan a Cienfuegos– a la Fiscalía General que, como consecuencia, abrió una carpeta de investigación al ex secretario.

El acuerdo entre los dos gobiernos molestó en Estados Unidos, como se desprende de las informaciones en los medios de comunicación de ese país. Mike Vigil, que fue jefe de Operaciones Internacionales de la DEA, le dijo a *Los Angeles Times* que nunca había visto en su vida una acción de esta naturaleza. "Se tiene a uno de los principales protectores del narcotráfico, la corrupción y la violencia en México, y lo van a patear al otro lado de la frontera, donde las posibilidades de que sea juzgado van de pocas a ninguna", comentó. "Donald Trump recompensó a López Obrador por hacer las cosas que quería que hiciera". *The Wall Street Journal* reflejó el desconcierto de agentes federales en Estados Unidos, que durante años trabajaron en la investigación contra el general, decían, pintaba un retrato de la corrupción profundamente arraigada en las Fuerzas Armadas mexicanas.

Este es el punto delicado de lo que comenzó con la detención del general Cienfuegos en Los Angeles el 14 de octubre, y que no va a terminar: la certidumbre, por decenas de kilos de documentación y evidencias, que el Ejército mexicano ha protegido por años a los cárteles de la droga. La desconfianza con los militares es tan grande, que desde hace más de 10 años prefirieron trabajar con la Marina, a la que consideraban no estaba penetrada por el narcotráfico y que sus operaciones secretas podrían realizarlas sin filtraciones. Las principales acciones conjuntas contra el narcotráfico en México en todo este tiempo, donde han participado la DEA, la CIA o el Departamento de Alguaciles, han estado coordinadas con la Marina, como sucedió con la doble captura de Joaquín *El Chapo* Guzmán, o el abatimiento de Arturo Beltrán Leyva, el temido capo que encabezaba el cártel por el apellido de su familia.

Esa desconfianza fue la que llevó al Departamento de Justicia a no informar al gobierno mexicano de la investigación contra el general Cienfuegos, hasta después de haber sido consumada, por el temor que lo protegieran y nunca lo extraditaran. Como se aprecia a través de la prensa estadounidense, los agentes que combaten al narcotráfico en Estados Unidos dudan que el ex secretario sea sometido a juicio y que sea declarado culpable, como sí sucedió con un Gran Jurado en Brooklyn en agosto del año pasado.

El recurso legal que tiene el Departamento de Justicia para acusarlo nuevamente, difícilmente será utilizado con ese fin, pero con sus evidencias pueden ir construyendo otros casos contra militares y funcionarios mexicanos que tengan vínculos con el narcotráfico. En paralelo, como práctica recurrente en ese país durante décadas, existe la posibilidad de que detalles de la investigación vayan siendo filtradas a la prensa estadounidense, arrinconando al gobierno de México mientras van creando climas de opinión favorables para nuevas acciones punitivas. Sin saberse si utilizarían esos recursos o no, la amenaza de aplicarlos estará viva.

El reto que tiene el gobierno de México es que no se haga una investigación de pacotilla que sea calificada de encubrimiento, y que se puedan desahogar todas las pruebas. Para darle mayor credibilidad, tiene que participar la Unidad de Inteligencia Financiera y el SAT, como ha sido en todas las investigaciones criminales que ha desarrollado el gobierno lopezobradorista. Hasta este momento, el gobierno mexicano no quiere investigar por su cuenta al general, y sólo inició la investigación como parte del compromiso adquirido con el Departamento de Justicia.

En Estados Unidos, por razones de seguridad nacional, le extendieron un cheque en blanco al general, pero tiene fecha de caducidad. Está obligado a hacer una investigación a fondo, como lo ofreció, y estar decidido a llegar, como dice López Obrador, hasta sus máximas consecuencias, aun si esto significa encarcelar a un ex secretario de la Defensa. No hay alternativas para el Presidente ni para las Fuerzas Armadas. Si no procesan en el marco de la ley el caso del general Cienfuegos, desde el Norte, una vez más, vendrá el chaparrón.

OBITUARIO

Gregorio Castillo Barrera, nació el 17 de Noviembre de 1953.
Falleció el 17 de noviembre del 2020.
Capillas Vallarta, Av. Vallarta No. 2460.

Rosa María de la Torre Bernal, nació el 18 de Abril de 1941.
Falleció el 17 de noviembre del 2020.

Arturo Valenzuela López, Falleció el 17 de noviembre del 2020.
Romon Barajas Cisneros, nació el 11 de Octubre de 1947.
Falleció el 17 de noviembre del 2020.

Francisco M. Preciado Cisneros, nació el 9 de Octubre de 1941.
Falleció el 17 de noviembre del 2020.

Gustavo Moisés Toledo Martínez, nació el 20 de Diciembre de 1959.
Falleció el 17 de noviembre del 2020.
Capillas del Carmen, Av. México No. 2670.

Porque todo el que quiera salvar su vida, la perderá
Todo el que pierda su vida por causa de Mí y el evangelio se salvará
San Marcos 8, 9:35

A los Demandados mencionados:
CARTEL DE JUÁREZ, LA LÍNEA, Y JOHN DOES I-LX

EN EL TRIBUNAL FEDERAL DE PRIMERA INSTANCIA POR EL DISTRITO DE DAKOTA DEL NORTE, en la causa Langford et al v. Cartel de Juárez et al, Caso No. 20-CV-00132-DMT-CRH, un juez federal de primera instancia de los Estados Unidos dictó una orden de notificación para su publicación el 28 de octubre, de 2020. Se ordenó que la notificación del juicio antes mencionado debería publicarse en español en un periódico nacional de México una vez por semana durante seis semanas y también debería publicarse por Internet durante seis semanas a través de Global Legal Notices LLC.

Por la presente se le comunica como traslado al Demandado mencionado más arriba, y se les cita y se les requiere notificar al Secretario del Juzgado, del Tribunal Federal de Primera Instancia por el Distrito de Dakota del Norte, sito en 655 1st Avenue North, #130 Fargo, North Dakota 58102, una Contestación de la Demanda dentro de los veintiún (21) días posteriores a la notificación de esta citación, sin contar el día del traslado de la notificación. Si el Demandado omitiere hacerlo, se podría dictar una sentencia en rebeldía en contra del Demandado por el resarcimiento pretendido en la Demanda. Se inició y presentó la Demanda por las violaciones al artículo 2333 del Título 18 del Código de los Estados Unidos (18 U.S.C. § 2333) en cuanto constituyen actos de terrorismo internacional; agresiones y lesiones; homicidio simple; acciones subsistentes post-mortem; imposición culposa y/o dolosa de angustia emocional; y pérdida del consorcio familiar y conyugal.

La notificación, así como también la Demanda y las respectivas citaciones se publican en el sitio web www.lemorallitigation.com.

Inserción pagada