# Exhibit 3

▶ **PANORAMA LOCAL**

**CONEVAL** TERCER TRIMESTRE



**PANDEMIA.** Debido a los cambios en los ingresos económicos por la crisis provocada por el COVID-19, este año es más difícil acceder a alimentos básicos.

# Menos jaliscienses alcanzan a comprar la canasta básica

▶ La pobreza laboral crece este año en comparación con 2019

▶ Pasa de 25.7% a 28% en el Estado; es menor la afectación que en el país

Al tercer trimestre de este 2020, Jalisco reportó un incremento en la pobreza laboral, de acuerdo con el análisis más reciente del Consejo Nacional de Evaluación de la Política de Desarrollo Social (Coneval).

Según la estadística dada a conocer el pasado viernes, el porcentaje de la población con un ingreso laboral inferior al valor de la canasta básica alimentaria, pasó en el Estado de 25.7%, en el tercer trimestre de 2019, a 28% en el mismo periodo de este año, es decir, subió 2.3 por ciento.

A nivel nacional este índice aumentó en mayor medida desde

35.7% a 44.5% (seis puntos porcentuales).

Aunque en julio se incorporaron 1.5 millones de personas a la Población Económicamente Activa, de acuerdo con el Inegi, el académico del Instituto Tecnológico de Estudios Superiores de Occidente (ITESO), Ignacio Román, señaló que la diferencia en cuanto al índice de pobreza laboral corresponde a tres factores ocasionados por la pandemia.

Primero el aislamiento que genera un sector subempleo y con el que muchos trabajadores se vieron "forzados" a laborar menor tiempo en comparación con sus ingresos habituales, por ejemplo, con la disminución de días o de horas laborales, lo cual se tradujo en menores ingresos económicos.

También dijo que la informalidad creció y muchos otros perdieron sus micro negocios y, por ende, su ingreso.

A diez años, ofrecer a la juventud estudiosa de Jalisco una cobertura educativa universal de educación media superior y superior.

continúa en página...

---

## CONGRESO ESTATAL ELABORADA POR FAMILIAS Y COLECTIVOS

# Piden aprobar Ley de Declaración Especial de Ausencia

El proyecto de la Ley de Declaración Especial de Ausencia para Personas Desaparecidas elaborado en mesas con familias de víctimas, activistas y diputados ya fue presentado.

En reunión con los integrantes de la Junta de Coordinación Política del Congreso de Jalisco, Ana Karolina Chimiati, integrante del Centro de Justicia para la Paz y el Desarrollo, pidió que durante el proceso de votación no sea modificado lo planteado por las familias.

Explicó que contiene avances, como que se puedo iniciar el proceso luego no haya una denuncia; acortar de tres meses a 30 días los tiempos para la declaración. Además, planteó que gana gratuitos los edictos y trámites que deban realizar las víctimas, entre otros puntos.

"Se trata de brindar una respuesta real y empática a las

necesidades de las familias de más de 11 mil 300 personas desaparecidas en el Estado. Que no se cree esta ley sólo por cumplir, sino que exista una verdadera intención y compromiso", expuso.

### AGENDA

**Presentarán el proyecto en la próxima sesión**

Salvador Caro Cabrera, presidente de la Junta de Coordinación, señaló que el proyecto de ley será presentado en primera lectura al pleno del Legislativo para que cumpla con el trámite previo a su votación.





---

## La UdeG refrenda su compromiso con la educación pública

UNIVERSIDAD DE GUADALAJARA

Al Gobierno de México,
Al Congreso de la Unión,
A la comunidad de la Universidad de Guadalajara,
A la opinión pública:

Los llamados a apoyar a las universidades públicas fueron ignorados. En días pasados, al aprobar el Presupuesto de Egresos de la Federación 2021, la Cámara de Diputados infligió un grave daño a las instituciones de educación superior.

La Universidad de Guadalajara enfrentará una situación difícil ante la baja de su presupuesto ordinario se aguidizara, porque el decremento acumulado entre 2015 y 2021 será de 674.56 millones de pesos. Los fondos extraordinarios casi desaparecerán, pues de alcanzar 146.7 millones de pesos en 2015, descenderán a alrededor de 38 millones de pesos en 2021. En total, la reducción entre 2015 y 2021 asciende a 2,087 millones de pesos, lo que ha disminuido su presupuesto en un 17 por ciento.

Los siguientes aspectos de nuestra vida institucional se verán precarizados:

Se interrumpirá el ritmo de incremento de nuestra matrícula y tendremos que seguir suspendiendo las 202 obras de infraestructura inconclusas que hay actualmente, y las 130 que no han podido iniciarse, lo que incluye aulas, laboratorios y compra de butacas.

Están en riesgo las becas, los apoyos a la movilidad estudiantil nacional e internacional, los suministros para la investigación, el equipamiento tecnológico, nuestros pagos por los posgrados, los programas de fortalecimiento de la docencia y la investigación. Será incierta la contratación de profesores de tiempo completo, así como las pensiones y jubilaciones, y el reconocimiento al desempeño de los profesores. Asimismo, se suma el decrecimiento real de los salarios que reciben los profesores y los trabajadores universitarios, en una proporción del 27 por ciento, entre 2015 y 2021. Además, los estadísticos y desempeño docente seguirán decreciendo. La Universidad de Guadalajara seguirá siendo la institución que tiene el presupuesto federal más bajo por alumno.

A pesar de esta realidad, la Universidad de Guadalajara está entre las tres mejores universidades de su tipo en México. Así lo muestra la evaluación del World University Rankings, que nos coloca sólo detrás de la UNAM y del Instituto Politécnico Nacional, y como una de las mejores 50 universidades de América Latina.

En los últimos 25 años, hemos pasado de tener 143 académicos miembros del Sistema Nacional de Investigadores en 1995, a 1,432 en el presente. Ofrecemos educación en ocho municipios del interior de Jalisco, hoy lo hacemos en 125. Somos la institución que más ha posgrados reconoce el Programa Nacional de Posgrados de Calidad, es decir, 201. Desde hace diez años, hemos crecido la matrícula en 101,019 estudiantes.

La Universidad de Guadalajara atiende a los quintiles más pobres de la población, pues el 70 por ciento de su matrícula proviene de este sector. La Red Universitaria de Jalisco ha significado, para las familias del interior, un ahorro de 8 mil millones de pesos.

**La Universidad de Guadalajara defenderá sus principios y las causas sociales a las que se debe:**

• Brindar educación de calidad e incluyente como recurso fundamental en la lucha contra la pobreza y en favor de la igualdad, la movilidad social y la formación de ciudadanía.

• Cultivar la investigación científica y humanística, la vinculación y la transferencia del conocimiento, para promover el desarrollo y la prosperidad nacionales.

• Extender los beneficios de la cultura a toda la sociedad, y ofrecer servicios asistenciales que redunden en el bienestar y la salud de la población (como en el caso de la pandemia del COVID-19).

Siempre hemos respaldado las transformaciones progresistas de México, las que significan avances en la democracia, en la justicia social y en las libertades. Nuestro compromiso es con la vigencia de los derechos sociales para el diverso conjunto de la sociedad jalisciense y mexicana.

Requerimos del Gobierno Federal las condiciones para alcanzar las siguientes realizaciones:

• A diez años, ofrecer a la juventud estudiosa de Jalisco una cobertura educativa universal de educación media superior y superior. Nadie dejará de ingresar a la Universidad de Guadalajara por circunstancias relacionadas con su estatus económico.

• Para el año 2024, cumplir la meta establecida por el presidente Andrés Manuel López Obrador de cubrir el 50 por ciento de la demanda de educación superior. Esto implica crecer nuestra matrícula en 45 mil estudiantes.

• En 2024, contribuir al logro de la cobertura universal en educación media superior (90%), obligatoria en Jalisco y a nivel nacional. Ello significa un incremento de, menos, 40 mil estudiantes. Cabe señalar que la UdeG ya alcanzó, en el ciclo escolar 2020-2021, una absorción del 100% de la demanda en el Sistema de Educación Media Superior, esfuerzo que requiere sostenibilidad en los próximos años.

Por ello, solicitamos al Gobierno Federal la construcción de al menos tres nuevas preparatorias, y seis nuevos campus universitarios. Por lo pronto, requerimos concluir el Centro Universitario de Tonalá e instalaciones adicionales para el Centro Universitario de Tlajomulco, así como edificar el Centro Universitario de Tlaquepaque, el Centro Universitario de Zapotlanejo y el Centro Universitario de Chapala. La anterior implica la creación de 850 nuevas plazas de tiempo completo. De igual manera, pedimos que los recursos pagados a los profesores mediante el Programa de Estímulos se regularicen como parte de su salario. Además, demandamos que se incrementen los sueldos y salarios de profesores y trabajadores en un monto que, por lo menos, permita resarcir la disminución que han sufrido en los últimos seis años y que asciende, como se dijo arriba, a 29 por ciento.

Por otro lado, reclamamos que se restablezcan los fondos extraordinarios que nos permitían apoyar el cumplimiento de nuestras funciones sustantivas. Y, finalmente, pero no menos importante, consideramos esencial que se integre el fondo de gratuidad y obligatoriedad que nos permita garantizar el derecho constitucional a educar la educación sin costo alguno.

Atentamente
"Piensa y Trabaja"
CONSEJO DE RECTORAS Y RECTORES DE LA UNIVERSIDAD DE GUADALAJARA
Guadalajara, Jalisco, 24 de noviembre de 2020

---

ENCUENTRA EN ESTA SECCIÓN LAS SUGERENCIAS

I CÍRCULO INFORMADOR

---

## OBITUARIO

*José Guillermo Icaza Becerra*, nació el 25 de Julio de 1955. Falleció el 22 de noviembre de 2020.

*Capillas Valarta*, Av. Vallarta No. 2460.

*Maria Guadalupe Valdivia Guzmán*, nació el 15 de febrero de 1957. Falleció el 22 de noviembre de 2020.

*José Félix Regalado Navarro*, falleció el 21 de noviembre de 2020.

*Capillas del Carmen*, Av. México No. 3670.

*Roberto Robledo Jauregui*, nació el 21 de abril de 1978. Falleció el 21 de noviembre de 2020.

*Recinto del Buen Pastor*, Av. La Paz No. 1964.

*Imelda Meza Llamas*, nació el 8 de Septiembre de 1946. Falleció el 25 de noviembre de 2020.

*INFINITY*, General San Martín No. 140.

*Guadalupe González Cuervo*, nació el 15 de Abril de 1946. Falleció el 22 de noviembre de 2020.

*Velatoria Alianza Popular ISSSTE*, Mina No. 3010.

*Porque todo el que pierde salvar su vida, la perderá;
Todo el que pierda su vida por causa de Mí y el evangelio, se salvará.*

San Marcos 8, 5, 35