# Exhibit 4

### PANORAMA INTERNACIONAL

**PANDEMIA** ESTARÁ LISTA EL 21 DE DICIEMBRE PRÓXIMO

# Moderna solicita el permiso para distribuir vacuna

- La farmacéutica anuncia que busca el aval en Estados Unidos y la Unión Europea
- Informa que tiene una eficacia de 100% en casos graves de COVID-19



**ALERTA.** El rebrote de contagios en varios países del mundo ha provocado que se refuercen las medidas sanitarias cuando se realizan las pruebas de detección.

**WASHINGTON.-** La compañía farmacéutica Moderna anunció solicitó la autorización para comercializar su vacuna contra el coronavirus tanto a la Administración de Alimentos y Medicamentos de Estados Unidos (FDA, por sus siglas en inglés) como a la Agencia Europea del Medicamento de la Unión Europea (UE).

Los reguladores analizarán los datos de prueba de la vacuna de ARNm y decidirán si es lo suficientemente segura y efectiva como para recomendar su implementación.

Según la empresa, el análisis de eficacia del estudio de fase 3 del fármaco incluyó a 30 mil participantes con una eficacia de 94.1%, con una tolerancia "buena y sin que se hayan identificado problemas de seguridad graves hasta la fecha".

El estudio superó los dos meses de seguimiento después de la vacunación, según lo exige la agencia de Estados Unidos (EU) para la autorización de uso de emergencia, señaló Moderna.

La compañía afirmó también que la eficacia de la vacuna contra los casos más graves de COVID-19 es de 100 por ciento.

Las primeras inyecciones pueden suministrarse a partir del 21 de diciembre si el proceso se desarrolla sin problemas y se otorga la aprobación, dijo el director ejecutivo de la Moderna, Stéphane Bancel.

Según la empresa, la eficacia del medicamento "fue constante según la edad, la raza y la etnia, y la demografía de género y, aunque se realizan continuas revisiones, no se han identificado problemas serios".

Moderna afirmó que, según un análisis anterior, las reacciones adversas más comunes cuando se administró la vacuna incluyeron dolor en el lugar de la inyección, fatiga, mialgia y dolor de cabeza.

*Agencias*

**CARGO** LA PRIMERA MUJER

## Biden propone a Janet Yellen para dirigir el Tesoro

**WILMINGTON.-** El presidente electo de Estados Unidos (EU), Joe Biden, anunció a su equipo económico, incluida la nominación de la primera mujer para dirigir el Departamento del Tesoro.

Biden dijo que nominará a Janet Yellen, ex presidenta de la Reserva Federal, para hacerse cargo del Departamento del Tesoro, y a Neera Tanden, ex asesora de los ex presidentes Bill Clinton y Barack Obama, para ocupar el cargo de directora de la Oficina de Administración y Presupuesto.

También nombró a Wally Adeyemo, ex funcionario del Gobierno de Obama y el primer director general de la fundación sin fines de lucro del ex mandatario, como su nominado para subsecretario del Tesoro.

**Janet Yellen,** nominada para encabezar el Departamento del Tesoro.

El mandatario electo, quien ha dado prioridad a la diversidad en su selección de nominados al gabinete y asesores principales, busca marcar algunas primicias con sus selecciones para su equipo económico. Yellen sería la primera mujer en dirigir el Tesoro, y Adeyemo el primer subsecretario afroamericano. Tanden sería la primera mujer afroamericana en estar a cargo de la Oficina de Administración y Presupuesto; mientras que Rouse será la primera mujer no caucásica en presidir el Consejo de Asesores Económicos de la Casa Blanca.

"Mientras trabajamos para controlar el coronavirus, este es el equipo que entregará apoyo económico inmediato al pueblo estadounidense durante esta crisis y nos ayudará a reconstruir nuestra economía mejor que nunca", señaló Biden.

*Agencias*



"México será en el futuro lo que sea su educación"

Antonio Leaño Álvarez del Castillo

**Elige invertir en su educación porque...**

- Las tecnologías avanzadas potencian sus habilidades.
- Los profesores capacitados y certificados son los guías educativos más importantes.
- El acompañamiento estudiantil continuo les brinda seguridad y confianza.
- La educación de calidad y cimentada en valores fomenta su desarrollo integral.

33 3648 8824 | www.uag.mx

**Sistema Educativo** UAG

---

A los Demandados mencionados:

**CARTEL DE JUÁREZ, LA LÍNEA, Y JOHN DOES I-LX**

EN EL TRIBUNAL FEDERAL DE PRIMERA INSTANCIA POR EL DISTRITO DE DAKOTA DEL NORTE, en la causa Langford et al v. Cartel de Juárez et al, Caso Nro. 20-CV-00132-DMT-CRH, un juez federal de primera instancia de los Estados Unidos dictó una orden de notificación para su publicación el 28 de octubre, de 2020. Se ordenó que la notificación del juicio antes mencionado deberá publicarse en español en un periódico nacional de México una vez por semana durante seis semanas y también deberá publicarse por Internet durante seis semanas a través de Global Legal Notices LLC.

Por la presente se le corre traslado al Demandado mencionado más arriba, y se les cita y se les requiere notificar al Secretario del Juzgado, del Tribunal Federal de Primera Instancia por el Distrito de Dakota del Norte, sito en 655 1st Avenue North, #130 Fargo, North Dakota 58102, una Contestación de la Demanda dentro de los veintiún (21) días posteriores a la notificación de esta citación, sin contar el día del traslado de la notificación. Si el Demandado omitiere hacerlo, se podrá dictar una sentencia en rebeldía en contra del Demandado por el resarcimiento pretendido en la Demanda. Se inició y presentó la Demanda por las violaciones al artículo 2333 del Título 18 del Código de los Estados Unidos (18 U.S.C. § 2333) en cuanto constituyen actos de terrorismo internacional; agresiones y lesiones, homicidio simple, acciones subsistentes post-mortem, imposición culposa y/o dolosa de angustia emocional, y pérdida del consorcio familiar y conyugal.

La notificación, así como también la Demanda y las respectivas citaciones se publican en el sitio web www.lamorallitigation.com.

*Inserción pagada*