# Exhibit 5

### ▸ PANORAMA ECONÓMICO

| DÓLAR FIX | $19.82 ↑ | EURO | Compra $24.04 / Venta $24.05 | BOLSA MEXICANA | Valor 43,255.25 Variación 0.9% | DOW JONES | Valor 30,069.79 Variación 0.49% | NASDAQ | Valor 12,519.95 Variación 0.45% | INFLACIÓN ANUAL Octubre / 2020: 4.09% | PETRÓLEO MEZCLA MEXICANA ↓$44.16 | PETRÓLEO WTI ↓$45.76 |

UDIS $3.603288 | TIIE (28 días) 4.4825 | CETES (28 días) 4.35 | RESERVAS INTERNACIONALES $194,287.8 (MDD) | CENTENARIO Compra $25,000 Venta $45,000 | PLATA LIBERTAD Compra $300 Venta $400



**Entre veras y bromas**
Jaime García Elías

### – *"Alianzas"*

A reserva de que los dirigentes de los partidos políticos "tradicionales" les expliquen el truco, con esa novedad se toparán los ciudadanos de cara a las elecciones intermedias del año próximo: en vez de verlos separados, ahora verán en "alianza" los emblemas de los consabidos PRI y PAN; como si quisieran dar la razón a quienes acuñaron el ominoso neologismo de "PRIAN" y definieron como "la mafia del poder" esa mezcolanza que ofendía a sus dirigentes y repugnaba a sus simpatizantes.

-II-

Solo falta definir los nombres y apellidos de los candidatos. Por lo pronto, los comités directivos aprobaron y difundieron urbi et orbi la decisión de zanjar sus diferencias "irreconciliables" del pasado, dejar de ser el perro y el gato, los Caín y Abel de la política en México, para, aliados con el PRD –"ambos tres" como buenos hermanos—, designar candidatos comunes para la elección de diputados federales por el principio de mayoría relativa, "a fin de enfrentar con éxito a Morena en los comicios del próximo año".

Esa es la consigna: arrebatar a Morena la mayoría en la Cámara de Diputados, para fungir como contrapeso e impedir que sistemáticamente prevalezcan las decisiones presidenciales autócratas ("Autocracia: Gobierno de una sola persona") características de la "cuarta transformación".

-III-

Los partidos políticos, en teoría, se rigen por "principios de doctrina"; en la práctica, lo hacen por intereses; primordialmente, hablando en plata pura, por el ejercicio del poder. Muchos ciudadanos, ingenuamente, los identifican con ideales; en el caso del PRI, con las causas que supuestamente inspiraron el movimiento armado de 1910: la No Reelección, el reparto agrario, la justicia social…; en el del PAN, la Doctrina Social de la Iglesia.

En la práctica, también, el PRI era visto como la agencia de colocaciones del Gobierno. El PAN, como la oposición por antonomasia, el cruzado de la democracia y el paladín de la rectitud y la moralidad en el ejercicio del poder. Aunque compartieran las banderas de la justicia social y el bien común, ambos rindieron parecidas cuentas mochas al cabo de sus respectivos ejercicios gubernamentales.

Tras el triunfo de López Obrador –que no precisamente de Morena— en las elecciones de 2018, PRI y PAN quedaron en estado catatónico (por definición, "Síndrome esquizofrénico, con rigidez muscular y estupor mental, algunas veces acompañado de una gran excitación")… Ya se verá si la cacareada "alianza" les suma simpatías… o si, por el contrario, es –como parece— una aberración, y se las resta.

---

POBREZA, ENTRE LAS CAUSAS PRINCIPALES  3.3. MILLONES DE MENORES

# Uno de cada 10 niños trabaja en México: Inegi


EL INFORMADOR

**CONDICIONES.** Seis de cada 10 menores que trabajan en México son varones.

■ Oaxaca, Puebla y Chiapas son las Entidades federativas con las tasas más altas del fenómeno

■ Baja California y Ciudad de México tienen las cifras más bajas del país en el tema

**CIUDAD DE MÉXICO.-** En total, 3.3 millones (11.5%) de los 28.5 millones de menores de cinco a 17 años en México (61.1% hombres y 38.9% mujeres) realizaron algún trabajo en 2019, de acuerdo con los resultados de la Encuesta Nacional de Trabajo Infantil dados a conocer por el Instituto Nacional de Estadística y Geografía (Inegi).

De los menores que laboraron, más de la mitad realizó alguna ocupación no permitida para su edad, cuatro de cada 10 se dedicaron a realizar quehaceres domésticos en condiciones no adecuadas y el resto alternó ambas formas de trabajo.

Las tasas de trabajo infantil más altas se observaron en Oaxaca con 21.5% y Puebla y Chiapas con 18.3%, cada una; en tanto que las más bajas se registraron en Baja California y Ciudad de México, con 5.3% y 5.4%, respectivamente.

Estudios realizados por la Organización Internacional del Trabajo (OIT) establecen que el fenómeno del trabajo infantil está estrechamente vinculado con el entorno social, económico y cultural de cada país o región, además de que identifica entre las causas principales la pobreza y algunas problemáticas que enfrentan las familias.   *El Universal*

---

### +INFORMACIÓN

**POR LIQUIDEZ, INYECTARÁN TRES MIL MDD AL MERCADO**

Para seguir inyectando liquidez al mercado cambiario, la Secretaría de Hacienda y Crédito Público (SHCP) y el Banco de México (Banxico) utilizarán otro monto más de la línea de intercambio de divisas otorgada por la Reserva Federal (Fed). Serán tres mil millones de dólares (MDD) provenientes de la línea "swap" que la Fed le otorgó a México en marzo pasado hasta por 60 mil MDD.

**FITCH MEJORA PRONÓSTICO ECONÓMICO PARA MÉXICO**

La calificadora Fitch Ratings mejoró su pronóstico económico para México con una caída de 8.9% al cierre de 2020, desde su pronóstico anterior de 10.8%, realizado en septiembre pasado. La agencia espera un crecimiento de 4.2% en 2021 y de 2.5% hacia 2022. "Esperamos que el PIB aún esté 1.5% por debajo de su nivel anterior a la crisis para fines de 2022", dijo la agencia.

---



### EL TIEMPO
PLANEE SU DÍA EN LA ZMG

Parcialmente nublado | Mayormente nublado | Mayormente nublado

Mañana: 15°  Tarde: 24°  Noche: 18°

**PARA LOS PRÓXIMOS DÍAS**

| MI | J | V | S |
|---|---|---|---|
| 26°/10° | 26°/10° | 25°/9° | 27°/9° |

**ZMG** 25°/10°  MAYORMENTE NUBLADO

Puerto Vallarta — MAYORMENTE NUBLADO — 29°/11°
Manzanillo — PARCIALMENTE NUBLADO — 29°/16°
Mazamitla — TORMENTAS POR LA TARDE — 19°/6°
Tapalpa — TORMENTAS POR LA TARDE — 20°/4°

---



A los Demandados mencionados:
**CARTEL DE JUÁREZ, LA LÍNEA, Y JOHN DOES I-LX**

EN EL TRIBUNAL FEDERAL DE PRIMERA INSTANCIA POR EL DISTRITO DE DAKOTA DEL NORTE, en la causa Langford et al v. Cartel de Juárez et al, Caso No. 20-CV-00132-DMT-CRH, un juez federal de primera instancia de los Estados Unidos dictó una orden de notificación para su publicación el el 28 de octubre, de 2020. Se ordenó que la notificación del juicio antes mencionado debería publicarse en español en un periódico nacional de México una vez por semana durante seis semanas y también debería publicarse por Internet durante seis semanas a través de Global Legal Notices LLC.

Por la presente se le corre traslado al Demandado mencionado más arriba, y se les cita y se les requiere notificar al Secretario del Juzgado, del Tribunal Federal de Primera Instancia por el Distrito de Dakota del Norte, sito en 655 1st Avenue North, #130 Fargo, North Dakota 58102, una Contestación de la Demanda dentro de los veintiún (21) días posteriores a la notificación de esta citación, sin contar el día de la entrega de la notificación. Si el Demandado omitiere hacerlo, se podrá dictar una sentencia en rebeldía en contra del Demandado por el resarcimiento pretendido en la Demanda. Se inició y presentó la Demanda por las violaciones al artículo 2333 del Título 18 del Código de los Estados Unidos (18 U.S.C. § 2333) en cuanto constituyen actos de terrorismo internacional; agresiones y lesiones; homicidio simple; acciones subsistentes post-mortem; imposición culposa y/o dolosa de angustia emocional; y pérdida del consorcio familiar y conyugal.

La notificación, así como también la Demanda y las respectivas citaciones se publican en el sitio web www.lamorallitigation.com.

*Inserción pagada*

---



¿No encontraste estacionamiento?

**COLÓN ESTACIONAMIENTO**

SU TIEMPO ES ORO NO LO DESPERDICIE…

Nos esmeramos en cuidar su automóvil, contamos con servicio de valet parking para que usted aproveche mejor su tiempo.

Colón 232 y Galeana 233,
**33 3614 8484**

Lunes a Sábado de 7:30 a 22:00 horas y los Domingos de 9:30 a 18:30 horas

---



CON IGUALDAD, ASÍ SÍ.

**A los cuidados** *entrémosle parejo*

¡Vivir en igualdad tiene que ser parte de una mejor normalidad, así todo es más justo!

Con igualdad #AsíSí


GOBIERNO DE MÉXICO | INMUJERES