# Exhibit 6

## PANORAMA LOCAL



**Entre veras y bromas**
Jaime García Elías

### -Con-gruen-cia

El mensaje central de "La Mañanera" de ayer es, en lo esencial, irreprochable: la atenta, amable, respetuosa, comedida solicitud –de ninguna manera orden, imposición o exigencia; ¡líbrenos Dios...!–, a todos los mexicanos, a "no salir de casa", salvo para lo indispensable, en los próximos diez días. Si la recomendación se acata (sería lo deseable... aunque quizá no sea lo más probable), casi seguramente se reduciría la cifra de contagios de COVID-19 y se bajaría un grado la intensidad del color del terrorífico semáforo epidemiológico...

-II-

El consejo –vale reiterarlo— es irreprochable... aunque su autor no tenga la autoridad moral deseable para esperar que dé los resultados apetecidos. Y no solo porque él mismo, el último fin de semana, incurrió en incongruencias, en prácticas contrarias a las que predicó ayer, al prodigarse en acercamientos, abrazos, saludos, fotografías y hasta besos con muchas personas durante la gira que realizó por Tabasco, sino por los mensajes orientados a minimizar la gravedad de la pandemia, desgranados sistemáticamente desde las etapas iniciales de la misma.

Botones de muestra, sus recomendaciones (en marzo) a "salir", "abrazarse", "comer en fondas"...; su teoría (ídem) de que "el escudo protector es como el 'Detente'; es la honestidad; es no permitir la corrupción"...; su insistencia (en mayo) de que "ya se domó la pandemia"...; la aseveración (en junio) de que "No mentir, no robar y no traicionar" ayuda a no tener coronavirus...; sus "datos" (en agosto) de que "Son más los fallecidos, de acuerdo con la población, en Estados Unidos, Brasil, Chile, Perú, y si nos comparamos con Europa, son más los fallecidos en España, Francia e Inglaterra, que en México", y (en noviembre) de que "México es de los países de América con menos fallecidos en proporción a su población"... Etc.

-III-

Además, al aseverar que "La prueba más contundente fue lo que sucedió (...) el día de la Vírgen de Guadalupe, la celebración más importante del país; cuando este 12 está la Basílica vacía, se demuestra que la gente actúa de manera responsable", omitió "otro dato": la previa decisión conjunta de las autoridades civiles y eclesiásticas, de cerrar durante cuatro días el santuario.

Colofón: está bien que la autoridad aconseje, recomiende o aleccione... pero es mejor si, para asegurarse de que sus sabios consejos se acaten, ella misma –de conformidad con lo que establecen las leyes y reglamentos emanados de la Constitución que solemnemente "protesta cumplir y hacer cumplir"— ejerce plenamente su función.

**OBSERVATORIO DE MOVILIDAD** RAMPAS EN CAMIONES DEL TRANSPORTE PÚBLICO

# Reprueban que accesibilidad universal se vea como negocio



EL INFORMADOR • A. CAMACHO

**AVANCE.** Anteriormente sólo se exigía que 10% de las unidades de transporte contaran con rampa, pero ahora deberá ser la totalidad.

▪ Transportistas señalan su desacuerdo para adaptar los vehículos como lo marca la ley

▪ Experto aclara que los camiones nuevos deberán contar con las especificaciones de inclusión

### Será paulatina aplicación de ley

La reforma que obliga a que todos los camiones del transporte público tengan accesibilidad para personas con discapacidad se aplicará gradualmente, explicó el diputado Jonadab Martínez García.

"Esta reforma paulatinamente se aplicará. Ellos (los transportistas) tienen un permiso y hasta la vigencia del permiso es la obligación de renovar el parque vehicular. Con la renovación ahí es donde el nuevo vehículo deberá contar con los aditamentos", dijo.

Martínez García refirió que existe una bolsa de recursos para dar apoyo económico a los transportistas que decidan renovar sus unidades y los nuevos vehículos ya deben cumplir la accesibilidad universal.

El legislador de MC aseguró que si hay pocas personas con discapacidad que usan el transporte público, como afirmaron transportistas, es porque no tienen condiciones adecuadas para ellas y consideró que con las unidades adaptadas habrá mayor demanda.

Debido a que el Sindicato de Avanzada del Autotransporte Público de Jalisco expresó su rechazo a instalar rampas para personas con discapacidad en todas las unidades del transporte público, el coordinador del Observatorio de Movilidad, Raúl Díaz, indicó que el tema de la accesibilidad universal no debe ser visto como un negocio.

El coordinador refirió que excusarse en un censo para evitar hacer incluyentes los camiones es priorizar un enfoque comercial, cuando lo que busca la reforma a la Ley de Movilidad y Transporte de Jalisco es garantizar transporte público de calidad para todas y todos los jaliscienses.

"Nosotros partimos de otros principios que tienen que ver con el derecho a la movilidad, con los principios de equidad y justicia y todos deben tener el derecho de utilizar el transporte público", expresó Díaz.

Refirió que los transportistas deben cumplir con lo establecido en la ley y que las unidades renovadas deberán entrar en circulación ya con las rampas y dispositivos instalados.

"Mil 450 unidades tienen que ser cambiadas. Este año se destinó una bolsa de poco más de medio millón de pesos para la renovación del parque vehicular. La norma no es retroactiva, pero la implementación de estas rampas o elevadores debe aplicar ya en las unidades nuevas que se van a comprar", añadió.

---

**MESA DE CONSULTA** ANÁLISIS

### Perfilan primeros pasos para el nuevo pacto fiscal

Integrantes de la mesa de consulta para analizar el pacto fiscal aprobaron nombrar este organismo como "Nuevo Pacto: Equidad y Solidaridad Fiscal", definición que afirmaron refleja la urgencia de repensar, discutir y proponer un nuevo acuerdo sobre la distribución de recursos entre la Federación y los Estados.

"Este organismo busca propiciar un diálogo abierto, amplio, democrático y plural sobre las condiciones que permitan un reparto más equitativo y solidario de recursos y facultades entre las 32 entidades y los dos mil 467 municipios que integran nuestro país", expusieron en un comunicado.

Detallaron que se conformarán tres comités de trabajo para analizar cuáles son las alternativas, posibilidades y condiciones que existen en términos jurídicos, institucionales, políticos, sociales, financieros y económicos. La próxima cita de trabajo se realizará en enero.

En la reunión telemática participaron Enrique Toussaint, coordinador del organismo; Lucía Almaraz, Armando Cruz Covarrubias, Cecilia Díaz Romo, Isaura García, Javier Hurtado, Marisa Lazo, Mauricio Merino, Carlos Moreno, Carlos Iván Moreno Arellano y Carmen Villarreal.

**STJE** INFORME DE RESULTADOS

### Suro destaca combate frontal a la corrupción

Al presentar su cuarto informe de resultados, el Presidente del Supremo Tribunal de Justicia del Estado de Jalisco (STJE), Ricardo Suro Esteves, destacó el combate a la impunidad y corrupción.

Suro Esteves reconoció que la imagen y credibilidad institucional de ese poder se han visto desgastadas.

"La corrupción es un mal que lastima en donde sea que esté presente y en donde más duele es en el Poder Judicial. Si las decisiones que en él se toman son manchadas por algún acto de corrupción, se ponen en riesgo patrimonios, bienes, libertad de personas y el futuro de niñas y niños, razón por la que en esta administración hicimos un combate frontal y sin simulación" aseguró.

**Ricardo Suro Esteves,** presidente del STJE.

Dijo que como presidente del Tribunal y del Consejo de la Judicatura jamás solapó, toleró ni permitió algún acto de corrupción.

"Duele saber que en diversos estudios se nos percibe como un poder donde existe la corrupción como una constante", sostuvo.

Admitió que el gran pendiente que deja en la institución es la implementación de los juicios en línea.

En julio del 2014 Suro Esteves tomó protesta como Magistrado y en diciembre del 2016 lo eligieron como presidente del STJE.

Refirió que la optimización de recursos, profesionalización e institucionalización fueron los ejes rectores durante los cuatro años en su gestión.

**CONGRESO LOCAL** DESAPARECIDOS

### Esta semana avalan la ley de declaración de ausencia

La nueva ley sobre declaración de ausencia está lista para aprobarse y los diputados prevén que sea esta semana para a cumplir lo acordado con familiares de las víctimas, afirmó la diputada Érika Pérez, presidenta de la subcomisión que revisó el tema.

Argumentó que no se debe esperar a tener la legislación sobre desaparición de personas. Comentó que ese dictamen aún está en revisión con los colectivos en las mesas de trabajo y han revisado alrededor de 80 de 140 artículos.

"No entiendo por qué bajaron la iniciativa del orden del día en la sesión de la semana pasada. Los colectivos pidieron que se aprobara. Lo que se me hace extraño es que la Junta de Coordinación Política se comprometió a sacar la iniciativa y de repente la bajaron y no me lo explico", comentó.

La legisladora de Morena añadió que el acuerdo es que se avale el dictamen tal como se trabajó con las familias y no se le hagan modificaciones.

Aseveró que seguirán con la revisión de las legislaciones pendientes y descartó que el tema se pueda abandonar por las aspiraciones electorales de algunos legisladores.

El Congreso de Jalisco tiene retraso de dos años y medio en la aprobación de la legislación sobre desaparición de personas.

Están pendientes de dictaminar las iniciativas de Ley de Personas Desaparecidas, la Ley para la Declaración Especial de Ausencia por Desaparición de Personas y la Ley de Atención a Víctimas.

**Batean modificación de verificación vehicular**

Diputados de la Comisión de Estudios Legislativos rechazaron una iniciativa que buscaba aplazar la aplicación de multas por no cumplir la verificación vehicular. La propuesta de la diputada, María Esther López Chavez, planteaba modificar las bases del nuevo modelo de verificación de automóviles, debido a los retrasos en la operación del programa.

---

A los Demandados mencionados:

**CARTEL DE JUÁREZ, LA LÍNEA, Y JOHN DOES I-LX**

EN EL TRIBUNAL FEDERAL DE PRIMERA INSTANCIA POR EL DISTRITO DE DAKOTA DEL NORTE, en la causa Langford et al v. Cartel de Juárez et al, Case No. 20-CV-00132-DMT-CRH, un juez federal de primera instancia de los Estados Unidos dictó una orden de notificación para su publicación en el 28 de octubre, de 2020. Se ordenó que la notificación del juicio antes mencionado debería publicarse en español en un periódico nacional de México una vez por semana durante seis semanas y también debería publicarse por Internet durante seis semanas a través de Global Legal Notices LLC.

Por la presente se le come traslado al Demandado mencionado más arriba, y se les cita y se les requiere notificar al Secretario del Juzgado, del Tribunal Federal de Primera Instancia por el Distrito de Dakota del Norte, sito en 655 1st Avenue North, #130 Fargo, North Dakota 58102, una Contestación de la Demanda dentro de los veintiún (21) días posteriores a la notificación. Si el Demandado omitiere hacerlo, se podrá dictar una sentencia en rebeldía en contra del Demandado por el resarcimiento pretendido en la Demanda. Se inició y presentó la Demanda por las violaciones del articulo 2333 del Titulo 18 del Código de los Estados Unidos (18 U.S.C. § 2333) en cuanto constituyen actos de terrorismo internacional; agresiones y lesiones; homicidio simple; acciones subsistentes post-mortem; imposición culposa y/o dolosa de angustia emocional; y pérdida del consorcio familiar y conyugal.

La notificación, así como también la Demanda y las respectivas citaciones se publican en el sitio web www.lamoralitigation.com.

Inserción pagada

---

**OBITUARIO**

*María Josefina Rojo Palafox*, nació el 30 de diciembre de 1963. Falleció el 13 de diciembre del 2020.
Funeraria Mtz. Del Toro. Pol. Pino Suárez No. 1127, El Vigía, Zapopan, Jal.

*Esteban Mata Pérez*, falleció el 13 de diciembre del 2020.
Velatorio Alianza Popular ISSSTE. Mina No. 3010.

*Porque todo el que quiera salvar su vida, la perderá
Todo el que pierda su vida por causa de Mí y el evangelio se salvará*
San Marcos 8, 9:35

---

*Yo soy la resurrección y la vida, quien cree en mí, aunque haya muerto, vivirá y todo aquel que vive y cree en mí, no morirá para siempre.*
Juan 11: 25,26

*Queremos agradecer sus oraciones y todas sus grandes muestras de cariño, con motivo del fallecimiento de nuestro querido esposo y padre.*

# †DON RIGOBERTO AYALA SÁNCHEZ

## FAMILIA AYALA MOLINA

Guadalajara, Jalisco, 15 de diciembre del 2020.