# Exhibit 7

## ◆ PANORAMA NACIONAL



### Punto ciego
*Gabriela Aguilar*
puntociegojg@gmail.com

### Gratitud

¿Cómo dentro de un traje parecido al de un astronauta, sin que se identifique a su portador o portadora, existe alguien que con un gesto provoque comprensión, solidaridad y empatía?

En el circuito del estacionamiento acondicionado para las pruebas PCR del Centro Universitario de Ciencias de la Salud de la Universidad de Guadalajara (UdeG), ahí vas con los nervios al máximo por saber qué te depara el futuro inmediato. Al final del recorrido, mujeres y hombres te despiden a la distancia levantando la mano y diciendo adiós, como botargas en fiesta infantil, por momentos pareciera que te dicen: "Te esperamos de regreso".

Cuando llegué para internarme, sola, con incertidumbre, un domingo nublado y lluvioso que en nada ayudaba al ánimo, nada más faltó que la doctora Tere y la enfermera Hilda rompieran el protocolo para abrazarme y darme la bienvenida.

Igual fue la forma en la que te despiden del Centro de Asilamiento Voluntario, ubicado en el Hotel Villa Primavera de la UdeG, para pacientes asintomáticos o con síntomas moderados que deciden internarse en el lugar para no poner en riesgo principalmente a sus seres queridos. Me tocó la suerte de que el señor que -también vestido como Caza Fantasma- fuera el mismo que estuviera en la caseta cuando llegué y cuando me fui. Me dijo adiós a lo lejos y uno se queda con la sensación de querer correr y darle un abrazo de agradecimiento, así como a todo el equipo de médic@s y enfermeras que están al pendiente de lo que necesites, de llamar todas las mañanas y pedirte las tomas de temperatura, presión y oxigenación -te dan una cajita de plástico al ingreso con los aparatos para medir y un recopilador con indicaciones generales, ejercicios para la mente y posturas de yoga-; los chefs que se esmeran en cada detalle de las comidas que llegan a las nueve de la mañana, tres de la tarde y ocho de la noche, el carrito con las charolas que escuchas llegar y el "toc-toc" en la puerta que antecede al "buenos días, el desayuno, buen provecho" y lo mismo para la comida y la cena.

Los encargados de la limpieza diaria de los pasillos, de las áreas verdes, todos disfrutan su trabajo y se entregan al mismo con una pasión difícil de ver por estos días y lo resumo así: cuando llegué para internarme, sola, con incertidumbre, un domingo nublado y lluvioso que en nada ayudaba al ánimo, nada más faltó que la doctora Tere y la enfermera Hilda rompieran el protocolo para abrazarme y darme la bienvenida. Me hablaron de lo orgullosas que se sienten por servir a la comunidad como lo aprendieron en la universidad -en la UdeG-. "Nos enseñan no solo cuidar al ser humano sino a ser-humanos, y ustedes, los internos, nos recuerdan la relación médico-paciente y que tratamos enfermos, no enfermedades…"

Ellas fueron las que un día me dijeron, "te notamos cabizbaja, más que cuando llegaste, ¿salimos un rato del cuarto a caminar para que te sientas mejor?"

En la operación o administración, coordinando o realizando pruebas, tod@s han dejado algo valioso para servir a enfermos en medio de una Pandemia haciendo el momento de choque más ligero y yo, ahora una paciente post-COVID enfrente de la computadora, no encuentro la forma -porque siempre me parecerá insuficiente- de decir GRACIAS.

> Ellas fueron las que un día me dijeron, "te notamos cabizbaja, más que cuando llegaste, ¿salimos un rato del cuarto a caminar para que te sientas mejor?"

---

**ENCARGO** ES CERCANA AL MANDATARIO



**TRAYECTORIA.** Fue profesora de educación básica y maestra en Instituciones Educativas.

# Delfina Gómez será la nueva titular de la SEP

**La ex candidata al Gobierno del Estado de México suplirá a Esteban Moctezuma**

**Es la novena mujer en el gabinete del Presidente Andrés Manuel López Obrador**

**CIUDAD DE MÉXICO.-** Delfina Gómez, una maestra cercana al Presidente Andrés Manuel López Obrador, asumirá la Secretaría de Educación Pública (SEP) luego de la postulación de Esteban Moctezuma como embajador de México ante el futuro Gobierno de Joe Biden en Estados Unidos.

Gómez se convertirá en la novena mujer en ocupar un cargo en el gabinete federal, integrado por 19 secretarías de Estado.

Con este nombramiento, la pedagoga tendrá que dejar sus funciones como delegada federal del Programa para el Desarrollo Integral en el Estado de México, cargo que asumió tras un breve paso como legisladora en la Cámara de Diputados (2017-2018) y en el Senado (2018).

La futura titular de la SEP llegará al cargo una vez Moctezuma haya sido ratificado como embajador en Washington por parte del Senado mexicano y el Gobierno estadounidense.

Delfina es licenciada en Ciencias de la Educación por la Universidad Pedagógica Nacional y cuenta con grado de maestría en Administración de Instituciones Educativas que cursó en el Instituto Tecnológico y de Estudios Superiores de Monterrey (ITESM). Su trayectoria como educadora se concentró en el Estado de México, donde trabajó en varias escuelas de primaria entre 1982 y 2013.

Ese año, después de tres décadas como educadora, dejó la dirección de una escuela para ser alcaldesa de Texcoco, su municipio natal, cargo que ocupó hasta el 2015.

Apoyada por López Obrador, en 2017 buscó ser gobernadora mexiquense por Morena, pero en las elecciones quedó segunda ante Alfredo del Mazo, el candidato del PRI.

Por delante tiene el reto de afrontar el actual cierre de las escuelas por la pandemia, enfermedad que acumula un millón 320 mil 545 casos y 118 mil 202 fallecidos en el país, el cuarto con más decesos, por detrás de Estados Unidos, Brasil y la India.

El cierre iniciado a finales de marzo afectó a unas 250 mil escuelas públicas y privadas de nivel básico, 18 mil de media superior y cuatro mil universidades.

*Agencias*

---

**PREVISIÓN** ANTES DE FIN DE AÑO

# La Ciudad de México ignora cuándo llegarán las vacunas

**CIUDAD DE MÉXICO.-** El Gobierno de la Ciudad de México (CDMX), donde se tiene previsto que inicie la vacunación contra el COVID-19 antes de finalizar el año, reveló que todavía desconoce cuándo llegarán las dosis de Pfizer y aseguró que la fecha se definirá en las próximas horas.

"El día exacto no lo tenemos, pero este mes estará llegando la vacunación a la ciudad para el personal de salud", expresó la jefa de Gobierno capitalina, Claudia Sheinbaum, quien prometió que

La Comisión Federal para la Protección contra Riesgos Sanitarios (Cofepris) autorizó el pasado 11 de diciembre el uso de la vacuna de Pfizer, mientras que el Gobierno anunció que antes de que termine 2020 se comenzará a vacunar al personal de salud de la capital y de Coahuila.

Sheinbaum recordó que el Ejército, encargado de la logística de la vacunación en el país, ya hizo la semana pasada "un primer simulacro" de distribución en la capital para estar preparado cuando llegue el fármaco.

*EFE*

---

**RECLAMO** A ESTADOS UNIDOS

# Desclasifican nota diplomática del caso Cienfuegos

**CIUDAD DE MÉXICO.-** El Gobierno del Presidente Andrés Manuel López Obrador publicó la nota diplomática enviada el pasado 28 de octubre a Estados Unidos (EU), en la que expresó su "profundo extrañamiento por la falta de información" sobre la investigación y captura por narcotráfico del general Salvador Cienfuegos, ex titular de la Secretaría de la Defensa Nacional (Sedena).

"Conforme lo instruyó el Presidente López Obrador y en apego al principio de máxima publicidad, se desclasifica la nota diplomática enviada al Gobierno de Estados Unidos el 28 de octubre de 2020", anunció el director general para América del Norte de la Cancillería, Roberto Velasco.

Tras conocerse el arresto de Cienfuegos, el 15 de octubre en EU, el Gobierno federal expresó su malestar por no haber sido informado de la investigación de la Agencia Estadounidense Antidrogas (DEA, por sus siglas en inglés) que le atribuía nexos con el narcotráfico cuando fue secretario durante el mandato de Enrique Peña Nieto.

"La Secretaría de relaciones Exteriores manifiesta su profundo extrañamiento por la falta de información que condujo a la detención del nacional mexicano. La relación con el Gobierno de Estados Unidos se caracteriza por la existencia de sólidos lazos de confianza y cooperación, por lo que sorprende a este gobierno que se hayan soslayado los mecanismos formales de intercambio de información y cooperación", según la nota diplomática.

Después de una intensa negociación, México cerró el 17 de noviembre un acuerdo inédito con la administración de Donald Trump para que levantara los cargos contra Cienfuegos, quien regresó a México en libertad mientras la Fiscalía General de la República investiga su caso.

Paralelamente, López Obrador mandó una iniciativa al Congreso para limitar la presencia de agentes de la DEA en México.

*Agencias*

---

**PROMOVENTE:**
**ASFALTOS GUADALAJARA, S.A.P.I. DE C.V.**

NOMBRE DEL PREDIO: "EJIDO LAGOS"
MUNICIPIO: LAGOS DE MORENO, JALISCO.
SUPERFICIE AUTORIZADA: 09-99-24.65 HAS.

No. DE OFICIO DE LA SEMADET: OFICIO SEMADET DGPA/ DEIA No. 629/ 3841/ 2014 DE FECHA 07 DE AGOSTO DEL 2014 Y AMPLIACIÓN DE VIGENCIA OFICIO SEMADET DGPDGA/ DEIA No. 017/ 0302/ 2017 DE FECHA 13 DE ENERO DEL 2017 Y AMPLIACIÓN DE VIGENCIA OFICIO SEMADET CGEIA No. 433/ 2020 DE FECHA 26 DE NOVIEMBRE DEL 2020.

DICTAMEN DE USO DEL SUELO: OFICIO No. 1456/ 09/ 2012, DE FECHA EL 06 DE SEPTIEMBRE DEL 2012 Y RENOVADO CON EL OFICIO: LDM/ 13/ 1/ 3/ 13.1.3/ 3109/ 01/ 2020 DE FECHA 29 DE ENERO DEL 2020, EMITIDO POR LA DIRECCIÓN DE ORDENAMIENTO DEL TERRITORIO DEL H. AYUNTAMIENTO DE LAGOS DE MORENO, JALISCO.

No. DE LICENCIA MUNICIPAL PARA EL AÑO 2019: LICENCIA 0000100368 RECIBO DE LICENCIA ANUAL No. LM- 11871 DE FECHA 08 DE MARZO DEL 2019 Y LICENCIA DEL AÑO 2020: EN TRÁMITE.

---

A los Demandados mencionados:
**CARTEL DE JUÁREZ, LA LÍNEA, Y JOHN DOES I-LX**

EN EL TRIBUNAL FEDERAL DE PRIMERA INSTANCIA POR EL DISTRITO DE DAKOTA DEL NORTE, en la causa Langford et al v. Cartel de Juárez et al, Caso No. 20-CV-00132-CMT-CRH, un juez federal de primera instancia de los Estados Unidos dictó una orden de notificación para su publicación el 28 de octubre, de 2020. Se ordenó que la notificación del juicio antes mencionado debería publicarse en español en un periódico nacional de México una vez por semana durante seis semanas y también debería publicarse por Internet durante seis semanas a través de Global Legal Notices LLC.

Por la presente se le come trasladó al Demandado mencionado más arriba, y los cita y se les requiere notificar al Secretario del Juzgado, del Tribunal Federal de Primera Instancia por el Distrito de Dakota del Norte, sito en 655 1st Avenue North, #130 Fargo, North Dakota 58102, una Contestación de la Demanda dentro de los veintiún (21) días posteriores a la notificación de esta citación, sin contar el día del traslado de la notificación. Si el Demandado omitiere hacerlo, se podrá dictar una sentencia en rebeldía en contra del Demandado por el resarcimiento pretendido en la Demanda. Se inició y presentó la Demanda por las violaciones al artículo 2333 del Título 18 del Código de los Estados Unidos (18 U.S.C. § 2333) en cuanto constituyen actos de terrorismo internacional; agresiones y lesiones; homicidio simple; acciones subsistentes post-mortem; imposición culposa y/o dolosa de angustia emocional, y pérdida del consorcio familiar y conyugal.

La notificación, así como la Demanda y las respectivas citaciones se publican en el sitio web www.lamoralitigation.com.

*Inserción pagada*

---



ACCIONISTAS, CONSEJEROS Y COLABORADORES DEL GRUPO GUADALAJARA WORLD TRADE CENTER

SE UNEN A LA PENA QUE EMBARGAN A

**ENRIQUE Y RUBÉN LEÓN GUERRERO**

POR EL SENSIBLE FALLECIMIENTO DE SU QUERIDA MADRE LA SRA.

## MA. DEL REFUGIO GUERRERO DÍAZ

ROGANDO POR SU ETERNO DESCANSO

GUADALAJARA, JAL. 22 DE DICIEMBRE 2020

---

**TODO EL PERSONAL Y DIRECTIVOS DE DIAPLISA BIOSINTESIS**

Se unen a la pena que embarga a la **familia Robles Varela**
Por el sensible fallecimiento del

## MVZ. JAIME JUVENAL ROBLES VARELA

expresando a toda su familia nuestro más sentido pésame y una pronta resignación ante esa irreparable pérdida.

**DESCANSE EN PAZ.**

Guadalajara, Jalisco, 18 diciembre de 2020