## UNITED STATES DISTRICT COURT NORTH DAKOTA
## WESTERN DIVISION

| | |
|---|---|
| Howard J. Miller, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-00132-DMT-CRH |
| ) | |
| Juárez Cartel a/k/a Vicente Carrillo ) | |
| Fuentes Organization (a/k/a/ "CFO") a/k/a ) | |
| La Línea, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### PLAINTIFFS' MOTION FOR QUALIFICATION OF SPANISH INTERPRETER FOR DAMAGES TRIAL

Pursuant to Local Civ. R. 7.1(B), Plaintiffs submit this motion and the accompanying memorandum of law seeking qualification from the Court of María Melissa Rexach to serve as a Spanish-to-English interpreter for the Court in the damages trial currently set to begin on February 7, 2022 before Magistrate Judge Hochhalter. Plaintiffs intend to introduce a witness testifying on behalf of the Mexican Government on February 7, 2022; however, this individual is not conversant in the English language. Plaintiffs have contracted with Targem Translations to provide a suitable Spanish-to-English interpreter for this witness, and it is through Targem Translations that Plaintiffs have been referred to María Melissa Rexach. The accompanying memorandum and Ms. Rexach's declaration set forth her qualifications for engaging in English-to-Spanish and Spanish-to-English interpreter services including her experience providing interpreter services in other federal courts. Plaintiffs request that the Court determine that Ms. Rexach is qualified as an interpreter and that she be permitted to give an oath or affirmation to the Court that she will make a true translation of the witness' testimony pursuant to Fed. R. Evid. 604. Both the witness and Ms. Rexach will appear before the Court via the Court's videoconferencing platform. No party objects to the use of Ms.

Rexach as an interpreter in this case, and Plaintiffs seek to obtain the Court's imprimatur in advance of the trial to avoid any concerns that she will not be qualified when the witness is introduced.

Dated: January 28, 2022            Respectfully submitted,

                                                     **MOTLEY RICE LLC**

By: _____

                                                    Michael Elsner, Esq.
                                                    John M. Eubanks, Esq.
                                                    Courtney Wolf, Esq.
                                                    28 Bridgeside Boulevard
                                                    P.O. Box 1792
                                                    Mount Pleasant, South Carolina 29465
                                                    Telephone: (843) 216-9000

                                                    **MITCHELL & MITCHELL LLC**
                                                    Samuel F. Mitchell, Esq.
                                                    Steven C. Mitchell, Esq.
                                                    7161 E. Rancho Vista Dr.
                                                    Scottsdale, AZ 85251

                                                    **O'KEEFE O'BRIEN LYSON FOSS ATTORNEYS**
                                                    Tatum O'Brien, Esq.
                                                    720 Main Avenue
                                                    Fargo, ND 58103
                                                    Telephone: 701-235-8000