IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Howard J. Miller, et al.,

        Plaintiffs,

v.

Juarez Cartel a/k/a Vicente Carrillo Fuentes Organization (a/k/a "CFO") a/k/a La Linea,

        Defendant.

**DESCRIPTION OF DOCUMENT FILED CONVENTIONALLY**

Case No.:   1:20-cv-132

---

This document is a place holder for the following item(s) which is(are) filed in conventional or physical form with the Clerk's Office:

Thumb Drive with Exhibits 1 - 51

This filing was not e-filed for the following reason(s):

[✓] Exempt pursuant to the court's Administrative Policy Governing Electronic Filing and Service

[ ] Other:

*Clerk's Office Internal Form:  E-file this place holder in ECF in place of the conventionally filed document(s).*

Rev. 10/2011