UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Howard J. Miller, et al, )<br>)<br>        Plaintiffs,    )<br>)<br>v.    )<br>)<br>Juarez Cartel aka Vicente Carrillo    )<br>Fuentes Organization aka CFO aka    )<br>La Linea    )<br>)<br>        Defendants.    ) | **BENCH TRIAL MINUTES**<br>Hon. Clare R. Hochhalter<br><br>Case No. 1:20-cv-132 |

| |
|---|
| David Langford, et al, )<br>)<br>        Consolidated Plaintiffs,    )<br>)<br>v.    )<br>)<br>La Linea and John Does I through LX,    )<br>)<br>        Consolidated Defendants.    ) |

Court Officials Present:
Carla Schultz, Courtroom Deputy
Ronda Colby, Court Reporter
Brian Gumeringer, Law Clerk
Logan Carpenter, Law Clerk

Appearances for Plaintiff(s):
Michael Edward Elsner
Samuel Mitchell
John Eubanks
Courtney Wolf
Jon Knowles, Trial Tech

Appearances for Consolidated Plaintiff(s):
Timothy Q. Purdon
Mark Kokanovich
Michelle Hogan
Jacey Skinner
Tasha Hart, Paralegal

**Monday, February 7, 2022 – First Day of Trial**
*Convened at 9:00 am.*
Counsel note appearances.

Plaintiffs' opening statements

*Recess 10:00 am to 10:15 am.  (15 min.)*

**Plaintiffs' Case Commences.**

**Kenneth Miller, Sr.,** sworn & testifies on behalf of the Plaintiffs.
  Direct examination by Michael Elsner.
    Plaintiffs' Exhibits 24, 7, 8, 74, 75 offered, received.
  Court inquires.

**Dayer LeBaron,** sworn & testifies on behalf of the Plaintiffs.
  Direct examination by John Eubanks.
    Plaintiffs' Exhibit 29 offered, received.

*Lunch Recess 12:00 pm to 1:30 pm.  (1 hr. 30 min.)*

**Melissa Rexach,** sworn as interpreter on behalf of the Plaintiffs (via video).

**Enrique Baeza,** sworn & testifies on behalf of the Plaintiffs (via video).
  Direct examination by Michael Elsner.
    Plaintiffs' Exhibits 3, 4, 5, 70 offered, received.

*Recess 3:00 pm. to 3:20 pm.  (20 min.)*

**Dayer LeBaron,** testimony continued.
  Direct examination continued..
    Plaintiffs' Exhibits 43 offered, received.

Plaintiffs' Exhibits 1 and 2 offered, court takes judicial notice, received.

Court in recess at 3:45 pm.

**Tuesday, February 8, 2022 – Second Day of Trial**
*Reconvened at 9:00 am.*

**Plaintiffs' Case Continues.**

**Sebastian Schubl,** sworn & testifies on behalf of the Plaintiffs (via video).
  Direct examination by Michael Elsner.
    Plaintiffs' Exhibits 25, 12, 13, 14 offered, received.

**Howard Miller,** sworn & testifies on behalf of the Plaintiffs.
>Direct examination by Michael Elsner.
>>Plaintiffs' Exhibits 30, 6, 83, 84, 85, 87, 88 offered, received.

*Recess 10:40 am to 11:05 am.  (25 min.)*

**Adrian LeBaron-Soto,** sworn & testifies on behalf of the Plaintiffs.
>Direct examination by Michael Elsner.
>>Plaintiffs' Exhibits 36, 20, 19, 18, 76 offered, received.

*Lunch Recess 12:20 pm to 1:50 pm.  (1 hr. 30 min.)*

**Amelia Sedgwick,** sworn & testifies on behalf of the Plaintiffs.
>Direct examination by Samuel Mitchell.
>>Plaintiffs' Exhibits 32, 15, 92 offered, received.

**Karen Woolley,** sworn & testifies on behalf of the Plaintiffs.
>Direct examination by Samuel Mitchell.
>>Plaintiffs' Exhibits 48, 16, 23, 53 offered, received.

*Recess 3:05 pm to 3:20 pm.  (15 min.)*

**Karen Woolley,** testimony continued.
>Direct examination continued.

Plaintiffs' Exhibits 33, 34, 35, 49, 50, 51, 52 and 54 offered, received.

Court in recess at 3:50 pm.

**Wednesday, February 9, 2022 – Third Day of Trial**
*Reconvened at 9:00 am.*

**Plaintiffs' Case Continues.**

**K.L.,** sworn & testifies on behalf of the Plaintiffs.
>Direct examination by Michelle Hogan.
>Court inquires.

**D.L.,** sworn & testifies on behalf of the Plaintiffs.
>Direct examination by Jacey Skinner.
>Court inquires.

*Recess 9:50 am to 10:15 am.  (25 min.)*

**David Langford,** sworn & testifies on behalf of the Plaintiffs.
    Direct examination by Mark Kokanovich.
    Court inquires.

**Tyler Johnson,** sworn & testifies on behalf of the Plaintiffs.
    Direct examination by Michael Elsner.
        Plaintiffs' Exhibit 31, 90, 22, 11, and 81 offered, received.
    Court inquires.

*Lunch Recess 12:15 pm to 1:45 pm.  (1 hr. 30 min.)*

**Douglas Johnson,** sworn & testifies on behalf of the Plaintiffs.
    Direct examination by Michael Elsner.
        Plaintiffs' Exhibit 73 offered, received.

*Recess 3:10 pm to 3:30 pm.  (20 min.)*

**Donna Schuurman,** sworn & testifies on behalf of the Plaintiffs.
    Direct examination by John Eubanks.
        Plaintiffs' Exhibit 26 offered, received.

Court in recess at 4:05 pm.

**Thursday, February 10, 2022 – Fourth Day of Trial**
*Reconvened at 9:00 am.*

**Donna Schuurman,** testimony continued.
    Direct examination continued.
    Court inquires.

*Recess 10:20 am to 10:40 am.  (20 min.)*

**Donna Schuurman,** testimony continued.
    Direct examination continued.
    Court inquires.

Plaintiffs' (John Eubanks) Exhibits 27, 37-42, 44, 45, 47, 55 and 56 offered, received.

Plaintiffs' (Mark Kokanovich) Exhibits 28, 57-66, and 72 offered, received.

**Adriana Jones,** sworn & testifies on behalf of the Plaintiffs.
    Direct examination by Samuel Mitchell.
    Plaintiffs' Exhibits 46, 69 offered, received.

**Plaintiffs Rest.**

*Lunch Recess 12:00 pm to 1:30 pm.  (1 hr. 30 min.)*

Plaintiffs' Closing Arguments (Michael Elsner/Tim Purdon).

Court orders parties to submit post-trial briefs along with proposed Findings of Facts and Conclusions of Law within 30 days.

Court in recess at 2:30 pm.