EXHIBIT LIST - CIVIL/CRIMINAL CASE NO. 1:20-cv-00132
CASE TITLE: Howard J. Miller, et al. v. Juarez Cartel, a/k/a Vicente Carrillo Fuentes Organization (a/k/a "CFO"), a/k/a La Línea

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2/7 | | Executive Order on Imposing Sanctions on Foreign Persons Involved in the Global Illicit Drug Trade | | ✓ | | | | | | ✓ |
| 2 | 2/7 | | Juarez Cartel Designation | | ✓ | | | | | | ✓ |
| 3 | 2/7 | E. Baeza | Mexican Government Documents, Apostille 1 | | ✓ | | | | | | ✓ |
| 3A | | | Decisions of the conviction under appeal - Martha Liliana Martinez Sapien | | | | | | | | |
| 3B | | | Field Criminalistics Report | | | | | | | | |
| 3C | | | Issuance of Report on Forensic Ballistics | | | | | | | | |
| 3D | | | Issuance of Field Criminalistics Expert Report | | | | | | | | |
| 3E | | | Issuance of Forensic Photography Expert Report | | | | | | | | |
| 3F | | | Fire and Explosives Report | | | | | | | | |
| 3G | | | Criminology Report | | | | | | | | |
| 3H | | | Composite Birth Certificates | | | | | | | | |
| 3I | | | Composite Death certificates | | | | | | | | |
| 3J | | | Apostille 1 | | | | | | | | |
| 4 | 2/7 | E. Baeza | Mexican Government Documents, Apostille 2 | | ✓ | | | | | | ✓ |
| 4A | | | Forensic Photography Report | | | | | | | | |
| 4B | | | Forensic Ballistics Opinion Issued | | | | | | | | |
| 4C | | | Criminology Report | | | | | | | | |
| 4E | | | Forensic Photography Report | | | | | | | | |
| 4G | | | Audio and video repot | | | | | | | | |
| 4H | | | Expert Vehicle Appraisals | | | | | | | | |
| 4I | | | Janos Statement | | | | | | | | |
| 4J | | | Formal Request for FBI 302 of Ruben Alberto Fabela Carrera. | | | | | | | | |
| 4K | | | 12/20/2019 FBI 302 - Ruben Alberto Favela Carrera | | | | | | | | |
| 4L | | | Translation by Mexican Government of FBI 302 | | | | | | | | |

| # | Date | Witness | Description | ✓ | | | | | | ✓ |
|---|---|---|---|---|---|---|---|---|---|---|
| 4M | | | Apostille 2 | | | | | | | |
| 5 | 2/7 | E. Baeza | Mexican Government Documents, Apostille 3 | ✓ | | | | | | ✓ |
| 6 | 2/8 | H. Miller | Civil Registration of Marriage; Howard Miller and Rhonita | ✓ | | | | | | ✓ |
| 7 | 2/7 | K. Miller | Video: Andre Video of Fire | ✓ | | | | | | ✓ |
| 8 | 2/7 | K. Miller | Video: Kenny at Attack Site Video - Nita shot up VIDEO-2020-05-01-16-32-28 | ✓ | | | | | | ✓ |
| 9 | 2/8 | A. LeBaron | Audio: DearGodPrayForUsAll Whatsapp audio | | | | | | | |
| 10 | | | Video: Devin Picked up on Road Video | | | | | | | |
| 11 | 2/9 2/8 | T. Johnson S. Schubl | Photograph of Carseat | ✓ | | | | | | ✓ |
| 12 | 2/8 | S. Schubl | Christina Langford 1006 Chart | ✓ | | | | | | ✓ |
| 13 | 2/8 | S. Schubl | Dawna Ray 1006 Chart | ✓ | | | | | | ✓ |
| 14 | 2/8 | S. Schubl | Rhonita Lebaron 1006 Chart | ✓ | | | | | | ✓ |
| 15 | 2/8 | A. Sedgwick | Amelia Children Passports | ✓ | | | | | | ✓ |
| 16 | 2/8 | K. Woolley | Karen Children Passports | ✓ | | | | | | ✓ |
| 17 | | | Family photos of Miller remains | | | | | | | |
| 18 | 2/8 | A. LeBaron | Family photos of Miller attack scene (day) | ✓ | | | | | | ✓ |
| 19 | 2/8 | A. LeBaron | Family photos of Miller attack scene (evening) | ✓ | | | | | | ✓ |
| 20 | 2/8 | A. LeBaron S. Schubl | Family photos of Christina Langford attack scene | ✓ | | | | | | ✓ |
| 21 | | | Family photos of Dawna Ray Langford attack scene | | | | | | | |
| 22 | 2/9 | T. Johnson | Family photo of Shalom Tucker and Faith Johnson | ✓ | | | | | | ✓ |
| 23 | 2/8 | K. Woolley | Guardianship documents re: Jonathan Ray | ✓ | | | | | | ✓ |
| 24 | 2/7 | K. Miller | Title to Loretta's Car | ✓ | | | | | | ✓ |
| 25 | 2/8 | S. Schubl | Dr. Sebastian Schubl Expert Report | ✓ | | | | | | ✓ |
| 26 | 2/9 | D. Schuurman | Dr. Donna Schuurman Expert Report | ✓ | | | | | | ✓ |
| 27 | 2/10 | | Dr. Stan Smith Affidavit | ✓ | | | | | | ✓ |
| 28 | 2/10 | | J. Matthew Sims Expert Report | ✓ | | | | | | ✓ |
| 29 | 2/7 | D. LeBaron | Dayer LeBaron Declaration | ✓ | | | | | | ✓ |
| 30 | 2/8 | H. Miller | Howard J. Miller Declaration | ✓ | | | | | | ✓ |
| 31 | 2/9 | T. Johnson | Tyler Johnson Declaration | ✓ | | | | | | ✓ |
| 32 | 2/8 | A. Sedgwick | Amelia Sedgwick Declaration | ✓ | | | | | | ✓ |
| 33 | 2/8 | | Elizabeth Langford Declaration | ✓ | | | | | | ✓ |
| 34 | 2/8 | | Serina Langford Declaration | ✓ | | | | | | ✓ |
| 35 | 2/8 | | Isaac Langford Declaration | ✓ | | | | | | ✓ |
| 36 | 2/8 | A. LeBaron | Adrian LeBaron-Soto Declaration | ✓ | | | | | | ✓ |
| 37 | 2/10 | | Bathsheba Shalom Tucker Declaration | ✓ | | | | | | ✓ |

| # | Date | Initials | Description | ✓ | | | | | ✓ |
|---|---|---|---|---|---|---|---|---|---|
| 37 | | | | | | | | | |
| 38 | 2/10 | | Matthew LeBaron Declaration | ✓ | | | | | ✓ |
| 39 | 2/10 | | Laura Corina LeBaron Declaration | ✓ | | | | | ✓ |
| 40 | 2/10 | | Miguel LeBaron Declaration | ✓ | | | | | ✓ |
| 41 | 2/10 | | William LeBaron Declaration | ✓ | | | | | ✓ |
| 42 | 2/10 | | Javier LeBaron Declaration | ✓ | | | | | ✓ |
| 43 | 2/7 | D. LeBaron | Dayer LeBaron Declaration | ✓ | | | | | ✓ |
| 44 | 2/10 | | Ruthila LeBaron Declaration | ✓ | | | | | ✓ |
| 45 | 2/10 | | Melissa Conklin Declaration | ✓ | | | | | ✓ |
| 46 | 2/10 | A. Jones | Adriana Jones Declaration | ✓ | | | | | ✓ |
| 47 | 2/10 | | Rholena Lian Johnson Declaration | ✓ | | | | | ✓ |
| 48 | 2/8 | K. Woolley | Karen Woolley Declaration | ✓ | | | | | ✓ |
| 49 | 2/8 | | Jaremy Ray Declaration | ✓ | | | | | ✓ |
| 50 | 2/8 | | Kerah Ray Declaration | ✓ | | | | | ✓ |
| 51 | 2/8 | | Justin Ray Declaration | ✓ | | | | | ✓ |
| 52 | 2/8 | | James Ray Declaration | ✓ | | | | | ✓ |
| 53 | 2/8 | K. Woolley | Jonathan Ray Declaration | ✓ | | | | | ✓ |
| 54 | 2/8 | | Amber Ray Declaration | ✓ | | | | | ✓ |
| 55 | 2/10 | | Andre Miller Declaration | ✓ | | | | | ✓ |
| 56 | 2/10 | | Douglas Johnson Declaration | ✓ | | | | | ✓ |
| 57 | 2/10 | | Joseph Langford Declaration | ✓ | | | | | ✓ |
| 58 | 2/10 | | Bryce Langford Declaration | ✓ | | | | | ✓ |
| 59 | 2/10 | | Crystal Langford Declaration | ✓ | | | | | ✓ |
| 60 | 2/10 | | Brandy Spenst Declaration | ✓ | | | | | ✓ |
| 61 | 2/10 | | K.L. Declaration | ✓ | | | | | ✓ |
| 62 | 2/10 | | M.L. Declaration | ✓ | | | | | ✓ |
| 63 | 2/10 | | D.L. Declaration | ✓ | | | | | ✓ |
| 64 | 2/10 | | CL Declaration | ✓ | | | | | ✓ |
| 65 | 2/10 | | J.L. Declaration | ✓ | | | | | ✓ |
| 66 | 2/10 | | David Langford Declaration | ✓ | | | | | ✓ |
| 67 | | | Miller Attack Scene Photo | | | | | | |
| 68 | | | Family around Casket Photo | | | | | | |
| 69 | 2/10 | A. Jones | Video: Adriana Video Clip While writing Nita's Eulogy | ✓ | | | | | ✓ |
| 70 | 2/7 | E. Baeza | Mexican Government Documents, Apostille 4 | ✓ | | | | | ✓ |
| 72 | 2/10 | | Supplemental Declaration of David Langford | ✓ | | | | | ✓ |
| 73 | 2/9 | D. Johnson | Photos of Miller Family Remains, taken by Douglas Johnson | ✓ | | | | | ✓ |

| No. | Date | Witness | Description | | F | | | | | A |
|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 2/7 | K. Miller | Audio Recording: Kenny Miller to Julian LeBaron: Call Nita's Parents | | ✓ | | | | | ✓ |
| 75 | 2/7 | K. Miller | Audio Recording: Kenny Miller: We Found McKenzie | | ✓ | | | | | ✓ |
| 76 | 2/8 | A. LeBaron | Video: Kenny Miller Eulogy Clip | | ✓ | | | | | ✓ |
| 79 | | | Video: Rhonita in ATV video | | | | | | | |
| 81 | 2/9 | T. Johnson | Christina Langford Death Certificate | | ✓ | | | | | ✓ |
| 82 | | | Dawna Ray Death Certificate | | | | | | | |
| 83 | 2/8 | H. Miller | Howard Jr. Miller Death Certificate | | ✓ | | | | | ✓ |
| 84 | 2/8 | H. Miller | Krystal Miller Death Certificate | | ✓ | | | | | ✓ |
| 85 | 2/8 | H. Miller | Rhonita Death Certificate | | ✓ | | | | | ✓ |
| 86 | | | Rogan Death Certificate | | | | | | | |
| 87 | 2/8 | H. Miller | Tiana Death Certificate | | ✓ | | | | | ✓ |
| 88 | 2/8 | H. Miller | Titus Death Certificate | | ✓ | | | | | ✓ |
| 89 | | | Trevor Langford Death Certificate | | | | | | | |
| 90 | 2/9 | T. Johnson | Audio: Christina and Dawna are Dead | | ✓ | | | | | ✓ |
| 92 | 2/8 | A. Sedgwick | Photo of Amelia Sedgwick and Family | | ✓ | | | | | ✓ |

\*F-Foundation only
\*A-Admitted into Evidence for all purposes

Irregular Exhibits: _____