WITNESS LIST - CIVIL/CRIMINAL CASE NO. **1:20-cv-00132**
CASE TITLE: **Howard J. Miller, et al. v. Juarez Cartel, a/k/a Vicente Carrillo Fuentes Organization (a/k/a "CFO"), a/k/a La Línea**

|   | NAME | CALL STATUS | MODE OF TESTIMONY | EXPERT |
|---|---|---|---|---|
| 2/7 | Kenny Miller | May be called | In person | |
| 2/7 | Enrique Baeza | Will be called | Live video conference | |
| 2/7 | Dayer LeBaron | Will be called | In person | Fact and Expert |
| 2/8 | Sebastian Schubl | Will be called | Live video conference | Expert |
| 2/8 | Howard Miller | Will be called | In person | |
| 2/8 | Adrian LeBaron | Will be called | In person | |
| 2/8 | Karen Woolley | Will be called | In person | |
| 2/9 | K.L., minor | Will be called | In person | |
| 2/9 | D.L., minor | Will be called | In person | |
| 2/9 | David Langford | Will be called | In person | |
| 2/9 | Tyler Johnson | Will be called | In person | |
| 2/8 | Amelia Sedgwick | Will be called | In person | |
| 2/9 | Doug Johnson | Will be called | In person | |
| 2/9 | Donna Schuurman | Will be called | In person | Expert |
| 2/10 | Adriana Jones | Will be called | In person | |