Local AO 450 (rev. 5/10)

# United States District Court
### *District of North Dakota*

Howard J. Miller, et al.,

    Plaintiffs,

vs.

Juarez Cartel, a/k/a Vincente Carillo Fuente Organization (a/k/a "CFO"), a/k/a La Linea,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 1:20-cv-00132

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the order dated June 24, 2022, IT IS HEREBY ORDERED that Judgment be entered in the amount of $4,641,337,011.00 in favor of Plaintiffs and against Defendant, plus prejudgment interest on all economic and non-economic damages (including solatium damages) from November 4, 2019, through the date of this final judgment at a rate of 6.5% per annum, non-compounding. The court further awards post-judgment interest to the final judgment amounts in the percentages permitted pursuant to 28 U.S.C. 1961. Attached as Exhibit 1 to this Judgment is a chart setting forth the treble damages awarded to each Plaintiff.

Date: June 24, 2022

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Renee Hellwig, Deputy Clerk*