# EXHIBIT 1

| Miller Family | |
|---|---|
| Plaintiff | Treble Damages |
| Estate of Maria Rhonita LeBaron | $160,080,480.00 |
| Estate of H.M. Jr. | $160,630,344.00 |
| Estate of K.B.M. | $159,523,290.00 |
| Estate of T.A.M. | $162,755,226.00 |
| Estate of T.G.M. | $161,182,074.00 |
| Howard Miller | $228,271,305.00 |
| T.M. | $142,410,183.00 |
| A.M. | $145,592,751.00 |
| Z.M. | $144,725,319.00 |
| Adrian LeBaron-Soto | $52,578,447.00 |
| Bathsheba Shalom Tucker | $53,252,457.00 |
| Rholena Lian Johnson | $22,442,025.00 |
| Melissa Conklin | $22,645,518.00 |
| Adriana Jones | $22,619,697.00 |
| Laura Corina LeBaron | $22,711,656.00 |
| William LeBaron | $22,696,749.00 |
| Ruthila LeBaron | $23,033,466.00 |
| Dayer LeBaron | $22,994,835.00 |
| Javier LeBaron | $23,107,665.00 |
| Miguel LeBaron | $23,211,414.00 |
| Matthew LeBaron | $23,356,914.00 |
| **TOTAL** | $1,799,821,815.00 |

| Johnson Family | |
|---|---|
| Plaintiff | Treble Damages |
| Estate of Christina Langford | $57,780,051.00 |
| Tyler Johnson | $67,477,830.00 |
| C.J. | $46,501,935.00 |
| J.J. | $46,683,909.00 |
| T.J. Jr. | $47,129,082.00 |
| H.J. | $47,711,922.00 |
| E.J. | $48,094,086.00 |
| F.M.J. | $71,722,500.00 |
| Amelia Sedgwick | $53,143,986.00 |
| Isaac Langford | $23,017,668.00 |
| Elizabeth Langford | $23,292,927.00 |
| Serina Langford | $23,353,332.00 |
| E.L | $23,612,502.00 |
| **Total** | **$579,521,730.00** |

| Ray Family | |
|---|---|
| Plaintiff | Treble Damages |
| Karen Woolley | $51,952,932.00 |
| Jaremy Ray | $21,668,166.00 |
| Kerah Ray | $21,958,458.00 |
| Justin Ray | $22,099,041.00 |
| James Ray | $22,236,684.00 |
| Jonathan Ray | $22,236,684.00 |

| | |
|---|---|
| Amber Ray | $22,632,630.00 |
| **Total** | **$184,784,595.00** |

| Langford Family | |
|---|---|
| Plaintiff | Treble Damages |
| K.L. | $171,031,062.00 |
| M.L | $173,435,001.00 |
| X.L. | $175,244,055.00 |
| B.L. | $176,085,756.00 |
| C.L. | $180,383,493.00 |
| D.L. | $163,387,686.00 |
| J.L. | $165,108,078.00 |
| Crystal Langford | $140,580,000.00 |
| Brandy Spenst | $140,580,000.00 |
| Joseph Cole Langford | $140,580,000.00 |
| Bryce Langford | $140,580,000.00 |
| Estate of Dawna Ray | $48,304,590.00 |
| Estate of T.L. | $36,141,564.00 |
| Estate of R.L. | $36,107,136.00 |
| David Langford | $189,660,450.00 |
| **Total** | **$2,077,208,871.00** |

| | |
|---|---|
| **Cumulative Damages (Treble) for All Four Families** | **$4,641,337,011** |