## UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA
## WESTERN DIVISION

| | |
|---|---|
| Howard J. Miller, et al. | ) Civil Action No. 1:20-cv-00132-DMT-CRH |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) **AFFIDAVIT OF MARK S.** |
| v. | ) **KOKANOVICH IN SUPPORT OF** |
| | ) **LANGFORD PLAINTIFFS'** |
| Juárez Cartel, a/k/a Vicente Carrillo | ) **MOTION FOR COSTS** |
| Fuentes Organization (a/k/a "CFO"), | ) |
| a/k/a La Línea. | ) |
| Defendant. | ) |
| | ) |
| Defendant. | ) |

**UNDER OATH AND BY AFFIRMATION:**

1.     I, Mark S. Kokanovich, an attorney admitted to the practice of law before the courts of the State of California and the State of Arizona, affirm the following to be true. I am Of Counsel at Ballard Spahr LLP ("Ballard Spahr"), *pro hac vice* attorneys for the *Langford* Plaintiffs.  I submit this affidavit in support of the *Langford* Plaintiffs' application for costs, pursuant to 18 U.S.C. § 2333(a).  In this affidavit, I describe Ballard Spahr's expenses in this litigation.  I have reviewed all billing records relating to this litigation.  A summary of the costs records is attached as Exhibit A.

2.     I categorized costs into six general categories: (1) travel, (2) filing fees, (3) delivery fees, (4) expert fees, (5) publication of notice in Mexico, and (6) research. Although not included in this affidavit Ballard Spahr maintains a detailed description of each cost within these categories.

3.     Ballard Spahr's costs requested in this application total **$47,333.39**.  All of the firm's disbursements are of types that are normally billed to its fee-paying clients.

These disbursements are recorded contemporaneously with their expenditure.

I declare under penalty of perjury that the foregoing is true and correct.


EXECUTED July 27, 2022.


By: */s/ Mark S. Kokanovich*
Mark S. Kokanovich (admitted *pro hac vice*)

**ROBINS KAPLAN LLP**
Timothy Q. Purdon, ND #05392
1207 West Divide Avenue, Suite 200
Bismarck, ND 58501
Telephone: 701-255-3000
Email: TPurdon@RobinsKaplan.com

**BALLARD SPAHR LLP**
Mark S. Kokanovich (admitted *pro hac vice*)
Michelle L. Hogan (admitted *pro hac vice*)
Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Email: KokanovichM@BallardSpahr.com
Email: HoganM@BallardSpahr.com

Henry E. Hockeimer, Jr. (admitted *pro hac vice*)
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Telephone: 215-665-8500
Email: HockeimerH@BallardSpahr.com

Jacey Skinner (admitted *pro hac vice*)
Ballard Spahr LLP
201 South Main Street #800
Salt Lake City, Utah 84111
Telephone: 801-531-3000
Email: SkinnerJ@BallardSpahr.com

*Attorneys for Langford Plaintiffs*