# Exhibit A

**Ballard Spahr**

| Description of Cost | Amount Billed |
|---|---:|
| Travel | 22,313.05 |
| Filing Fees | 2,336.60 |
| Delivery Fees | 282.31 |
| Expert Fees | 20,304.75 |
| Publication of Notice in Mexico | 1,668.70 |
| Research | 427.98 |
| | **47,333.39** |

DMFIRM #403367023 v1