UNITED STATES DISTRICT COURT NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Howard J. Miller, et al. | ) Civil Action No. 1:20-cv-00132-DMT-CRH |
| | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Juárez Cartel, a/k/a Vicente Carrillo Fuentes Organization (a/k/a "CFO"), a/k/a La Línea. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF SAMUEL F. MITCHELL IN SUPPORT OF *MILLER* PLAINTIFFS' SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF *MILLER* PLAINTIFFS' APPLICATION FOR COSTS UNDER 18 U.S.C. § 2333(a)**

I, Samuel F. Mitchell, declare as follows:

1) I am an attorney duly licensed to practice law before this Court. I am a member of the Colorado State Bar, and I have been admitted to this Court *pro hac vice.* I am a partner of Mitchell & Mitchell LLC ("Mitchell & Mitchell") and co-counsel with Motley Rice LLC for the *Miller* Plaintiffs.

2) This Declaration is based on my personal knowledge and discussions with my partner, Steven C. Mitchell, at Mitchell & Mitchell about the matters stated herein, and I could competently testify to the same if called upon to do so.

3) This Declaration describes the actual costs incurred by Mitchell & Mitchell between December 5, 2019 and April 27, 2022, which amounts to $14,166.02 in costs. All of the

Firm's costs are those that are normally billed to its fee-paying clients. All costs were recorded contemporaneously with their expenditure.

4) I categorized costs into three general categories: (1) Travel; (2) Court Fees; and (3) Miscellaneous (this includes supplies purchased for trial in North Dakota and a Fox Nation subscription to view a 40-minute long mini-documentary titled "Lara Logan Investigates: Mexican Mormon Massacre"). Although not included in this Declaration, Mitchell & Mitchell maintains a detailed description of each expense within these categories.

I declare that the foregoing is true and correct. Executed this 29th day of July, 2022.

By:    __/s/ *Samuel F. Mitchell*_____
       Samuel F. Mitchell, Esq.
       7161 E. Rancho Vista Dr.
       Scottsdale, Arizona 85251
       Sam@mitchellfirmllc.com