IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Howard J. Miller, et al.,<br><br>      Plaintiffs<br><br>    v.<br><br>Juarez Cartel a/k/a Vicente Carrillo Fuentes Organization (a/k/a "CFO"), a/k/a La Linea,<br><br>      Defendant. | **NOTICE OF RETURN OF EXHIBITS**<br><br><br><br>Case No. 1:20-cv-00132 |

---

    The following exhibits will be returned to counsel fourteen (14) days from the date of this notice.

 Plaintiffs' Exhibit Nos. 1-3, 4, 5-8, 11-16, 18-20, 22-66, 69-92.

Date August 26, 2025            */s/ Carla Schultz, Deputy Clerk*
                                                                      Signature